| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO<br>   United States Attorney<br>2  THOMAS M. NEWMAN (NYSBN 4256178)<br>   Assistant United States Attorney<br>3  9th Floor Federal Building<br>   450 Golden Gate Avenue, Box 36055<br>4  San Francisco, CA 94102<br>   Telephone: (415) 436-6805<br>5  Fax: (415) 436-6748 |  |

6  HENRY C. DARMSTADTER
   STEVEN P. JOHNSON
7  Trial Attorneys, Tax Division
   U.S. Department of Justice
8  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
9  Telephone: (202) 307-6481
   henry.c.darmstadter@usdoj.gov
10 steven.p.johnson@usdoj.gov
   Western.Taxcivil@usdoj.gov

1/16/2009

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING<br>HOUSING GROUP, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | ) CASE NO. 05:08-5097-JW<br>)<br>) STIPULATION TO EXTEND TIME<br>) TO RESPOND TO COMPLAINT<br>) |

In accordance with Civil L.R. 6-1(a), the parties jointly agree to an extension of sixty (60) days up to and including March 16, 2009 in which to permit the United States to respond to the Complaint for the reasons stated below:

1. This income tax refund action was filed by plaintiffs Santa Clara Valley Housing Group, Inc. and Kristen M. Bowes against the United States of America on November 7, 2008. A copy of the Summons and Complaint was served on the United States Attorney for the Northern

Stipulation to Continue
CASE NO. 05:08-5097-JW                -1-

1 | District of California on November 14, 2008.

2 |     2.    Since under Fed. R. Civ. P. 12(a), the United States has sixty (60) days from the date of service on the United State Attorney's Office to respond to the Complaint, the United States' Answer or other responsive pleading is currently due to be filed by January 13, 2009.

    3.    The parties agree to a sixty (60) day extension of the time in which the United States has to respond to the Complaint so that counsel for the United States can confer with the Internal Revenue Service and have sufficient time to obtain and review the IRS's administrative files in this matter.

DATED: January 6, 2009.

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

 /s/ Sharyn M. Fisk  
CHARLES P. RETTIG  
STEVEN TOSCHER  
AVRAM SALKIN  
EDWARD M. ROBBINS, JR.  
SHARYN M. FISK  
Hochman, Salkin, Rettig, Toscher & Perez, P.C.  
9150 Wilshire Boulevard, Suite 300  
Beverly Hills, California 90212  
Telephone: (310) 281-3200  
*Attorneys for Plaintiffs*

DATED: January 6, 2009.

JOSEPH P. RUSSONIELLO  
United States Attorney

THOMAS M. NEWMAN (NYSBN 4256178)  
Assistant United States Attorney

 /s/ Steven P. Johnson  
HENRY C. DARMSTADTER  
STEVEN P. JOHNSON  
Trial Attorneys, Tax Division  
U.S. Department of Justice  
P.O. Box 683, Ben Franklin Station  
Washington, D.C. 20044-0683  
Telephone: (202) 307-6481  
*Attorneys for the United States*