1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING HOUSING GROUP, INC., et al., | ) ) ) CASE NO. 05:08-5097-JW ) ) ORDER ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In accordance with the stipulation of the parties and good cause being shown, the Case Management Conference is hereby continued to **April 13**, 2009 at **10:00** a.m. before the Honorable Judge Ware in Courtroom #8. The parties are to submit a Joint Case Management Statement by **April 3**, 2009.

**IT IS SO ORDERED**.

Dated: January 16, 2009.

_____
JAMES WARE
United States District Court Judge

Stipulation to Continue
CASE NO. 05:08-5097-JW                    -3-