1   CHARLES P. RETTIG, State Bar No. 97848
    STEVEN TOSCHER, State Bar No. 91115
2   AVRAM SALKIN, State Bar No. 30412
    EDWARD M. ROBBINS, JR., State Bar No. 82696
3   SHARYN M. FISK, State Bar No. 199898
    Hochman Salkin Rettig Toscher & Perez, P.C.
4   9150 Wilshire Boulevard, Suite 300
    Beverly Hills, CA 90212
5   Phone: 310/281-3200
    Fax: 310/859-1430
6   E-Mail: sf@taxlitigator.com

7   JOSEPH P. RUSSONIELLO
    United States Attorney
8   THOMAS M. NEWMAN
    Assistant United States Attorney
9   HENRY C. DARMSTADTER
    JAMES E. WEAVER
10   STEVEN P. JOHNSON
    Trial Attorneys, Tax Division
11   U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
12   Washington, D.C. 20044-0683
    Telephone: (202) 307-6481

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA <br><br>Defendant. | CASE NO. 08-cv-05097-JW <br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY PERIOD AND OTHER PRETRIAL DATES |

SANTA CLARA VALLEY HOUSING GROUP, INC. ("Santa Clara"), and KRISTEN M. BOWES ("Bowes") (collectively referred to as "Plaintiffs"), and the UNITED STATES OF AMERICA ("United States"), by and through their attorneys, pursuant Civ. L. R. 6-2, hereby stipulate that the discovery period and other pretrial dates established by the Court in the Scheduling Order of April 8, 2009 be extended for a three month period due to lengthy delays experienced in connection with

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY PERIOD

obtaining and reviewing extensive documents from various third parties, including KPMG, LLP. These delays are described in more detail in the attached declaration of James E. Weaver. This income tax refund suit is the initial SC2 tax transaction to be litigated. Therefore, as a case of first impression, involving substantial tax revenue, the United States has requested and the plaintiffs have agreed to the extensions sought herein. This is the first modification of the Case Schedule sought by the parties in this action.

Therefore, the parties hereby stipulate that the Case Schedule be modified as follows:

**Close of All Discovery:** July 12, 2010;

**Disclosure of Expert Witnesses:** May 10, 2010;

**Disclosure of Rebuttal Expert Witnesses:** June 10, 2010;

**Last Day for Hearing Dispositive Motions:** September 27, 2010;

**Preliminary Pretrial Conference:** June 7, 2010;

**Preliminary Pretrial Conference Statements:** May 28, 2010.

Respectfully submitted this 8th day of January, 2010.

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

By: /s/ Steven Toscher
CHARLES P. RETTIG
STEVEN TOSCHER
AVRAM SALKIN
EDWARD M. ROBBINS, JR.
SHARYN M. FISK
Hochman, Salkin, Rettig, Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
Rettig@taxlitigator.com
Toscher@taxlitigator.com
Salkin@taxlitigator.com
Robbins@taxlitigator.com
Fisk@taxlitigator.com

*Attorneys for SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES*

Respectfully submitted this 8th day of January, 2010.

JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS NEWMAN
Assistant United States Attorney

/s/ Henry C. Darmstadter
HENRY C. DARMSTADTER
JAMES E. WEAVER
STEVEN P. JOHNSON
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
*Attorneys for the UNITED STATES OF AMERICA*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 14, 2010

*[signature: James Ware]*
UNITED STATES DISTRICT JUDGE