```
 1  JOSEPH P. RUSSONIELLO
    United States Attorney
 2  THOMAS M. NEWMAN
    Assistant United States Attorney
 3  HENRY C. DARMSTADTER
    JAMES E. WEAVER
 4  STEVEN P. JOHNSON
    ADAM D. STRAIT
 5  Trial Attorneys, Tax Division
    U.S. Department of Justice
 6  P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044-0683
 7  Telephone: (202) 307-6481
    Facsimile: (202) 307-0054
 8  henry.c.darmstadter@usdoj.gov

 9  CHARLES P. RETTIG, State Bar No. 97848
    STEVEN TOSCHER, State Bar No. 91115
10  AVRAM SALKIN, State Bar No. 30412
    EDWARD M. ROBBINS, JR., State Bar No. 82696
11  SHARYN M. FISK, State Bar No. 199898
    Hochman Salkin Rettig Toscher & Perez, P.C.
12  9150 Wilshire Boulevard, Suite 300
    Beverly Hills, CA 90212
13  Phone: 310/281-3200
    Fax: 310/859-1430
14  E-Mail: sf@taxlitigator.com
```

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
5/10/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTA CLARA VALLEY HOUSING GROUP, INC.** and **KRISTEN M. BOWES**, <br><br>    Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br>    Defendant. | Case No. 08-cv-05097-JW <br><br> SECOND STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DISCOVERY PERIOD AND OTHER PRETRIAL DATES |

Plaintiffs Santa Clara Valley Housing Group, Inc. ("SCVHG") and Kristen M. Bowes (collectively, "Plaintiffs"), and Defendant the United States of America ("United States"), by and through their counsel, pursuant to Civil Local Rule 6-2, jointly stipulate that the discovery period and other pretrial dates established by the Court in its Order to Extend the Discovery Period and Other Pretrial Dates (docket entry # 27) should be extended for an additional two month period

**2d Stip. & Proposed Order**
**to Extend Discovery Period**

in order to provide the parties with sufficient time to complete fact and expert discovery.

This income tax refund suit is the first SC2 tax transaction to be litigated in the Federal District Court. As a significant case of first impression, this action requires substantial additional fact discovery to prepare the matter for trial. In addition, both parties believe it is advisable to conduct further fact discovery before the designation of expert witnesses.

During the discovery period to date, the parties have exchanged (or received from third parties) thousands of pages of documents. Since January 14, as described in more detail in the accompanying declaration of Henry C. Darmstadter, the United States has taken numerous oral depositions throughout the State of California as well as in Arizona, Illinois and Washington, D.C. The United States has taken the depositions of four former employees of KPMG. The United States has also taken the depositions of shareholders of SCVHG and several current and former officers of SCS Development Corp, an entity related to SCVHG. The United States has also recently completed the deposition of an appraiser who valued SCVHG's non-voting stock in connection with the subject transaction.

In the next several months, the United States anticipates taking numerous additional oral depositions of other officers, agents and shareholders of SCVHG. The government also intends to depose other current or former KPMG employees and other individuals and entities involved in the subject transaction. The Plaintiffs have propounded extensive written discovery on the government and have noticed a Rule 30(b)(6) deposition of the Internal Revenue Service. Both parties intend to designate experts in this action and anticipate filing dispositive motions at the close of discovery.

Therefore, the parties jointly stipulate and request that the Case Schedule should be modified as follows:

| | |
|---|---|
| Deadline to Designate Expert Witnesses: | July 9, 2010 |
| Preliminary Pretrial and Trial Conference Statement and Proposed Pretrial Order due: | July 23, 2010 |
| Preliminary Pretrial Conference: | August 2, 2010, 11:00 a.m. |

**2d Stip. & Proposed Order
to Extend Discovery Period**                -2-

|    |                                                                                      | (Suggested date)            |
|----|--------------------------------------------------------------------------------------|-----------------------------|
| 2  | Close of Fact Discovery:                                                             | September 3, 2010           |
| 3  | Disclosure of Rebuttal Experts:                                                      | September 9, 2010           |
| 4  | Close of Expert Discovery:                                                           | November 1, 2010            |
| 5-6| Deadline to file and serve Notice of Motion to Exclude expert testimony or portion thereof: | November 10, 2010    |
| 7  | Deadline to file dispositive motions:                                                | November 10, 2010           |
| 8  | Deadline to file responses to dispositive motions:                                   | December 10, 2010           |
| 9  | Deadline to file replies to responses to dispositive motions:                        | January 7, 2011             |
| 10 | Last date for hearing dispositive motions:                                           | **January 31, 2011 at 9:00 AM** |

Respectfully submitted this 4th day of May, 2010.

| JOSEPH P. RUSSONIELLO                | HOCHMAN, SALKIN, RETTIG, TOSCHER |
| United States Attorney               | & PEREZ, P.C.                    |
|                                      |                                  |
| THOMAS M. NEWMAN                     | /s/ Sharyn M. Fisk               |
| Assistant United States Attorney     | CHARLES P. RETTIG                |
|                                      | STEVEN TOSCHER                   |
| /s/ Adam Strait                      | AVRAM SALKIN                     |
| HENRY C. DARMSTADTER                 | EDWARD M. ROBBINS, JR.           |
| JAMES E. WEAVER                      | SHARYN M. FISK                   |
| STEVEN P. JOHNSON                    | Hochman, Salkin, Rettig, Toscher & Perez, P.C. |
| ADAM D. STRAIT                       |                                  |
| Trial Attorneys, Tax Division        | 9150 Wilshire Boulevard, Suite 300 |
| U.S. Department of Justice           | Beverly Hills, California 90212-3414 |
| P.O. Box 683, Ben Franklin Station   | Telephone: (310) 281-3200        |
| Washington, D.C. 20044-0683          | Facsimile: (310) 859-1430        |
| Telephone: (202) 307-6481            | Rettig@taxlitigator.com          |
| Facsimile: (202) 307-0054            | Toscher@taxlitigator.com         |
| henry.c.darmstadter@usdoj.gov        | Salkin@taxlitigator.com          |
|                                      | Robbins@taxlitigator.com         |
|                                      | Fisk@taxlitigator.com            |
| Attorneys for Defendant United States | Attorneys for Plaintiffs Bowes and Santa Clara Valley Housing Group |

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated this  10th  day of May, 2010.

*/s/ James Ware*
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

**2d Stip. & Proposed Order
to Extend Discovery Period**                -3-