1  CHARLES P. RETTIG, State Bar No. 97848
   STEVEN TOSCHER, State Bar No. 91115
2  AVRAM SALKIN, State Bar No. 30412
   EDWARD M. ROBBINS, JR., State Bar no. 82696
3  SHARYN M. FISK, State Bar No. 199898
   Hochman Salkin Rettig Toscher & Perez, P.C.
4  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, CA 90212
5  Phone: 310/281-3200
   Fax: 310/859-1430
6  E-Mail: sf@taxlitigator.com

7  JOSEPH P. RUSSONIELLO
   United States Attorney
8  THOMAS M. NEWMAN
   Assistant United States Attorney
9  HENRY C. DARMSTADTER
   JAMES E. WEAVER
10 STEVEN P. JOHNSON
   ADAM D. STRAIT
11 Trial Attorneys, Tax Division
   U.S. Department of Justice
12 P.O. Box 683, Ben Franklin Station
   Washington, DC 20044-0683
13 Telephone: 202/307-6481
   Facsimile: 202/307-0054
14 E-Mail: henry.c.darmstadter@usdoj.gov

*IT IS SO ORDERED AS MODIFIED*

*James Ware*

*Judge James Ware*

7/1/2010

15              **UNITED STATES DISTRICT COURT**

16        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17 **SANTA CLARA VALLEY HOUSING**    )    **Case No. 08-cv-05097-JW**
   **GROUP, INC. and KRISTEN M.**    )
18 **BOWES,**                        )    **THIRD STIPULATION AND**
                                     )    **[PROPOSED] ORDER TO EXTEND**
19              Plaintiffs,          )    **THE DISCOVERY PERIOD AND**
                                     )    **OTHER PRETRIAL DATES**
20       v.                          )
                                     )
21 **UNITED STATES OF AMERICA**,     )
                                     )
22              Defendant.           )
   _____)

24        Plaintiffs Santa Clara Valley Housing Group, Inc. ("SCVHG") and Kristen M. Bowes

25 (collectively, "Plaintiffs"), and Defendant the United States of America ("United States"), by and

26 through their counsel, pursuant to Civil Local Rule 6-2, jointly stipulate that the discovery period

27 and other pretrial dates established by the Court in its Order to Extend the Discovery Period and

28 Other Pretrial Dates (docket entry #30) should be extended for an additional forty-five (45) day

                                        1

period in order to provide the parties with sufficient time to complete fact and expert discovery.

This income tax refund suit is the first SC2 tax transaction to be litigated in the Federal District Court.  As a significant case of first impression, this action requires substantial additional fact discovery to prepare the matter for trial.  In addition, both parties believe it is advisable to conduct further fact discovery before the designation of expert witnesses.

During the discovery period to date, the parties have exchanged (or received from third parties) thousands of pages of documents and have taken numerous oral depositions throughout the State of California as well as in Arizona, Illinois and Washington, D.C.

In the next several months, the United States anticipates taking additional oral depositions of current or former KPMG employees and other individuals and entities involved in the subject transaction.  The Plaintiffs also intend to take additional oral depositions of other individuals and entities involved in the subject transaction.  Both parties intend to designate experts in this action and anticipate filing dispositive motions at the close of discovery.

Therefore, the parties jointly stipulate and request that the Case Schedule should be modified as follows:

| | |
|---|---|
| Deadline to Designate Expert Witnesses: | August 23, 2010 |
| Preliminary Pretrial and Trial Conference Statement and Proposed Pretrial Order Due: | September 10, 2010 |
| Preliminary Pretrial Conference: | September 20, 2010, 11:00 a.m. |
| Close of Fact Discovery | October 15, 2010 |
| Disclosure of Rebuttal Experts: | October 22, 2010 |
| Close of Expert Discovery | December 15, 2010 |
| Deadline to file and serve Notice of Motion to Exclude expert testimony or portion thereof: | January 11, 2011 |
| Deadline to file dispositive motions: | January 11,  2011 |
| Deadline to file responses to dispositive motions: | February 11, 2011 |

/ / /

/ / /

2

1

Deadline to file replies to responses to
dispositive motions:                          March 11,  2011

2

3

Last date for hearing dispositive motions:        March 21,  2011at 9:00 AM

4

Respectfully submitted this 29th day of June, 2010.

5

6

JOSEPH P. RUSSONIELLO                HOCHMAN, SALKIN, RETTIG, TOSCHER
United States Attorney                       & PEREZ, P.C.

7

THOMAS M. NEWMAN
Assistant United States Attorney                    /s/

8

CHARLES P. RETTIG
STEVEN TOSCHER

9

    /s/                                      AVRAM SALKIN
HENRY C. DARMSTADTER                 EDWARD M. ROBBINS, JR.

10

JAMES E. WEAVER                       SHARYN M. FISK
STEVEN P. JOHNSON                     Hochman, Salkin, Rettig, Toscher & Perez, P.C.

11

ADAM D. STRAIT                        9150 Wilshire Boulevard, Suite 300
Trial Attorneys, Tax Division            Beverly Hills, CA 90212-3414

12

U.S. Department of Justice               Telephone: 310/281-3200
P.O. Box 683, Ben Franklin Station       Facsimile: 310/281-1430

13

Washington, D.C.  20044-0683            Rettig@taxlitigator.com
Telephone: 202/307-6481                Toscher@taxlitigator.com

14

Facsimile: 202/307-0054                Salkin@taxlitigator.com
henry.c.darmstadter@usdoj.gov           Robbins@taxlitigator.com

15

Fisk@taxlitigator.com
Attorneys for Defendant United States

16

Attorneys for Plaintiffs Bowes and Santa Clara
Valley Housing Group

17

18

19

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

20

**This is a final continuance.**

21

22

Dated this 1st  day of  July    , 2010

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

23

24

25

26

300968.1

27

28

3