1  STAN G. ROMAN (SBN 87652) (sroman@kksrr.com)
   TRACY M. CLEMENTS (SBN 184150) (tclements@kksrr.com)
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  555 Montgomery Street, 17th Floor
   San Francisco, CA  94111
4  Telephone:     (415) 249-8330
   Facsimile:     (415) 249-8333
5
6  Attorneys for Third Party
   DOUGLAS DUNCAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.:  5:08-cv-05097 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR THIRD PARTY DOUGLAS DUNCAN'S OPPOSITION TO MOTION TO COMPEL** |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs Santa Clara Valley Housing Group, Inc. and Kristen M. Bowes ("plaintiffs"), defendant the United States of America ("defendant"), and third party deponent Douglas Duncan ("Mr. Duncan"), by and through their undersigned counsel, stipulate as follows and respectfully request that the Court enter the following Proposed Order:

WHEREAS plaintiffs have filed a Motion to Compel Third Party Douglas Duncan to Testify despite his assertion of the Fifth Amendment, which motion is presently scheduled for December 7, 2010;

WHEREAS, based upon the hearing date, Mr. Douglas' opposition to the Motion to Compel would be due on November 16, 2010;

---

STIPULATION AND [PROPOSED] ORDER
EXTENDING DATE FOR OPPOSITION
CASE NO.: 5:08-cv-05097 HRL

1  WHEREAS on November 12, 2010, defendant filed a Non-Opposition and Response to
2  Motion to Compel Testimony of Douglas Duncan;
3  WHEREAS, for the reasons stated in the accompanying Declaration of Stan Roman,
4  counsel for Mr. Duncan believes that Mr. Duncan is entitled to additional time to file its
5  opposition to address issues raised in defendant's Non-Opposition and Response;
6  WHEREAS plaintiffs, defendant and Mr. Duncan agree that Mr. Duncan should be
7  permitted additional time, up to and including November 19, 2010, to file his opposition;
8  WHEREAS the requested extension of time will not alter the date for plaintiffs' reply or
9  the hearing date for this matter.
10  Accordingly, IT IS HEREBY STIPULATED AND AGREED THAT, subject to
11  approval of the Court, third party Douglas Duncan shall be permitted additional time, up to and
12  including November 19, 2010, to file his opposition to plaintiff's Motion to Compel.

**IT IS SO STIPULATED.**

Dated: November 16, 2010        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


                                By:     _____/s/_____
                                        STAN G. ROMAN
                                        Attorneys for Third Party Douglas Duncan


Dated: November 16, 2010        HOCHMAN, SALKIN, RETTIG, TOSCHER, & PEREZ, P.C.


                                By:     _____/s/_____
                                        SHARYN M. FISK
                                        Attorneys for Plaintiffs
                                        Santa Clara Valley Housing Group, Inc. and
                                        Kristen M. Bowes

Dated: November 16, 2010   TRIAL ATTORNEYS, TAX DIVISION
U.S. Department of Justice


By: _____/s/_____
Henry C. Darmstadter
Attorneys for Defendant
The United States Government


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2010


_____
Hon. Howard R. Lloyd
United States Magistrate Judge

---

STIPULATION AND [PROPOSED] ORDER
EXTENDING DATE FOR OPPOSITION
CASE NO.: 5:08-cv-05097 HRL