STAN G. ROMAN (SBN 87652) (sroman@kksrr.com)
TRACY M. CLEMENTS (SBN 184150) (tclements@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Third Party
DOUGLAS DUNCAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 5:08-cv-05097 HRL<br><br>**DECLARATION OF STAN G. ROMAN IN SUPPORT OF THIRD PARTY DOUGLAS DUNCAN'S OPPOSITON TO MOTION TO COMPEL MR. DUNCAN TO TESTIFY**<br><br>Date: December 7, 2010<br>Time: 10:00 a.m.<br>Dept.: Courtroom: 2, 5th Floor<br>Judge: Hon. Howard R. Lloyd |

I, STAN G. ROMAN, declare as follows:

    1.    I am a partner in the law firm Krieg, Keller, Sloan, Reilley & Roman LLP, attorneys for third party Douglas Duncan. I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would competently testify to the statements contained herein.

    2.    The Government attorneys handling this case first contacted me to arrange for Mr. Duncan's deposition early this year. As a preliminary matter, I asked for an assurance that there was no criminal investigation involving SC2, and that Mr. Duncan was considered by the Government to be only a third party witness to this civil case, and not a subject or target of any criminal investigation. The Government's counsel refused to provide any such assurance. Instead,

1

they suggested that I might wish to contact a prosecutor in the Southern District of New York who I understand worked on the prosecution of other former KPMG employees for allegedly abusive tax shelters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November, 2010, in San Francisco, California.

                                                            /s/
                                      STAN G. ROMAN