UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES, <br><br> Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.:08-CV-05097-LHK <br><br> ORDER MODIFYING SCHEDULE PER STIPULATION |

Pursuant to the parties' stipulation, it is hereby ordered that the Case Schedule be modified as follows:

Close of Expert Discovery:   January 31, 2011

Non-Expert Discovery Cutoff for Depositions of Whitehead and Krutilla, and discovery taken pursuant to any Motions to Compel: January 31, 2011

Motions to Exclude Expert Testimony to be filed by: March 31, 2011

Hearing on Motion to Exclude Expert Testimony: May 5, 2011

All other case deadlines remain in effect.

**IT IS SO ORDERED.**

Dated: December 17, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 08-CV-05097-LHK
ORDER MODIFYING SCHEDULE PER STIPULATION