CHARLES P. RETTIG, State Bar No. 97848
STEVEN TOSCHER, State Bar No. 91115
AVRAM SALKIN, State Bar No. 30412
EDWARD M. ROBBINS, JR., State Bar No. 82696
SHARYN M. FISK, State Bar No. 199898
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-1430
E-Mail: sf@taxlitigator.com

JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
HENRY C. DARMSTADTER
JAMES E. WEAVER
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **CASE NO. 08-cv-05097-JF**<br><br>**STIPULATION TO RE-NOTICE CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ESTABLISH BRIEFING SCHEDULE FOLLOWING REASSIGNMENT ORDER AND [PROPOSED] ORDER**<br><br>Honorable Judge Jeremy Fogel<br><br>*Case Management Conference* (April 15, 2011 at 10:30 a.m.) |

Plaintiffs SANTA CLARA VALLEY HOUSING GROUP, INC. ("SCVHG"), and KRISTEN M. BOWES ("Bowes") (collectively referred to as "Plaintiffs"), and Defendant UNITED STATES OF AMERICA ("United States"), by and through their attorneys, hereby stipulate as follows:

**STIPULATION TO RE-NOTICE CROSS MOTIONS**

1. This is a federal income tax refund suit arising from the Plaintiffs' implementation of a tax transaction developed by KPMG, LLP and known as the S-Corporation Charitable Contribution Strategy ("SC2"). Following the completion of extensive fact and expert discovery[1], on February 14, 2011, the parties filed Cross-Motions for Summary (or Partial Summary) Judgment. Both Plaintiffs filed separate Motions for Summary Judgment: SCVHG (Doc. # 70) and Bowes (Doc # 71). The United States filed a Motion for Summary Adjudication of Issues (Doc # 67).

2. On February 18, 2011, prior to the hearing on the Cross-Motions, the Honorable Judge Lucy Koh issued an Order of Recusal from this action that vacated all pending dates of motions, pretrial conferences and trial dates. *See* Order of Recusal (Doc. #73). On February 23, 2011, this action was reassigned to the Honorable Judge Jeremy Fogel for all further proceedings. *See* Reassignment Order (Doc. #74). In accordance with the Reassignment Order, the parties seek to re-notice the Cross-Motions and propose the following briefing schedule:

> **Oppositions to Cross-Motions to be filed no later then April 22, 2011 (not to exceed 40 pages)[2];**
>
> **Reply to Oppositions to Cross-Motions to be filed no later then May 13, 2011 (not to exceed 20 pages);**
>
> **Cross-Motions to be heard on June 10, 2011 at 9:00 a.m. in Courtroom No. 3.**

3. Prior to reassignment, on February 16, 2011, this action was referred to Magistrate Judge Howard R. Lloyd for an ADR settlement conference. The parties request that the matter be re-referred to Magistrate Judge Lloyd for purposes of holding a settlement conference.

///
///
///
///

---

[1] Excluding Plaintiffs' Motions to Compel Third-Party Deponents relating to three fact witnesses that were filed in the U.S. District Court for the Central District of California.

[2] The United States requests the additional length for its Opposition to the Bowes' Motion under Civ. L.R. 7-4(b) due to the fact-intensive nature of the SC2 tax strategy.

Respectfully submitted this 11th day of April 2011.

HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

By: */s/ Sharyn M. Fisk*
    CHARLES P. RETTIG
    STEVEN TOSCHER
    SHARYN M. FISK
    Hochman, Salkin, Rettig, Toscher & Perez, P.C.
    9150 Wilshire Boulevard, Suite 300
    Beverly Hills, California  90212-3414
    Telephone:  (310) 281-3200
    Facsimile:  (310) 859-1430
    Fisk@taxlitigator.com

*Attorneys for SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES*

UNITED STATES DEPARTMENT OF JUSTICE

    JOSEPH P. RUSSONIELLO
    United States Attorney
    THOMAS M. NEWMAN
    Assistant United States Attorney

By: */s/ Henry C. Darmstadter*
    HENRY C. DARMSTADTER
    JAMES E. WEAVER
    ADAM D. STRAIT
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044-0683
    Telephone: (202) 307-6581
    henry.c.darmstadter@usdoj.gov
    james.e.weaver@usdoj.gov
    adam.d.strait@usdoj.gov

*Attorneys for the UNITED STATES OF AMERICA*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this 13th day of April, 2011  _____
                                               HON.  JEREMY FOGEL
                                               UNITED STATES DISTRICT JUDGE

309214.1