STEVEN TOSCHER, State Bar No. 91115
CHARLES P. RETTIG, State Bar No. 97848
AVRAM SALKIN, State Bar No. 30412
EDWARD M. ROBBINS, JR., State Bar No. 82696
SHARYN M. FISK, State Bar No. 199898
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-1430
E-Mail: sf@taxlitigator.com

**E-Filed 5/5/2011**

Attorneys for Plaintiffs Santa Clara Valley Housing Group, Inc. and Kristen M. Bowes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. 08-cv-05097-JF<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR DISPOSITIVE MOTIONS, AND [PROPOSED] ORDER** |

Plaintiffs SANTA CLARA VALLEY HOUSING GROUP, INC. ("SCVHG"), and KRISTEN M. BOWES ("Bowes") (collectively referred to as "Plaintiffs"), and defendant UNITED STATES OF AMERICA ("United States"), by and through their attorneys, hereby stipulate as follows:

1. On February 14, 2011, the parties filed Cross-Motions for Summary (or Partial Summary) Judgment. Both Plaintiffs filed separate Motions for Summary Judgment: SCVHG (Doc. # 70) and Bowes (Doc # 71). The United States filed a Motion for Summary Adjudication of Issues (Doc # 67).

///

2. Prior to the hearing on the Cross-Motions, on February 23, 2011, this action was reassigned to the Honorable Judge Jeremy Fogel for all further proceedings. *See* Reassignment Order (Doc. # 74).

3. On April 4, 2011, the parties filed a stipulation and proposed order to re-notice the cross-motions, establish a briefing schedule regarding the motions to include a hearing date of June 10, 2011, and to request that the matter be re-referred to Magistrate Judge Lloyd for purposes of holding a settlement conference (Doc. #76). On April 13, 2011, the Court granted the parties' request.

4. On April 15, 2011, a Case Management Conference was held before the Court during which the Court requested that if the parties were unable to schedule the settlement conference prior to the June 10, 2011 hearing date on the cross-motions, that the parties inform the Court.

5. Due to the parties' and Magistrate Judge Lloyd's availability, the settlement conference could not be set prior to the current June 10, 2011 hearing date on the cross-motions. The settlement conference with Magistrate Judge Lloyd has been set for June 15, 2011.

6. Because this action arises out of a complicated tax transaction, the parties suggest that it would be appropriate for the Court to set aside one (1) hour for oral argument. Thus, the parties propose that the hearing on the cross-motions set for June 10, 2011 at 9:00 a.m. be continued to a special hearing on July 21, 2011 at 1:30 p.m.

7. On April 22, 2011, the parties filed their respective Oppositions to the pending dispositive motions (United States' Oppositions, Docs. #79 and #80; Plaintiff SCVHG's Opposition, Doc. #84). The parties will file any Reply Briefs by the existing deadline of May 13, 2011 to provide the Court with time to review the Motions in the event this matter does not settle prior to the hearing.

/ / /
/ / /
/ / /
/ / /

THEREFORE, the parties hereby stipulate that the June 10, 2011 hearing date on the cross-motions be continued as follows:

**Cross-Motions to be heard on Thursday, July 21, 2011 at 1:30 p.m. in Courtroom No. 3**

DATED: April 28, 2011          HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

By:   /s/ Sharyn M. Fisk
         SHARYN M. FISK

Hochman, Salkin, Rettig, Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California  90212-3414
Telephone:  (310) 281-3200
Facsimile:  (310) 859-1430
Fisk@taxlitigator.com

*Attorney for SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES*

DATED: April 28, 2011          UNITED STATES DEPARTMENT OF JUSTICE

By:   /s/ Henry C. Darmstadter
         HENRY C. DARMSTADTER
         JAMES E. WEAVER
         ADAM STRAIT
         Trial Attorneys, Tax Division
         U.S. Department of Justice
         P.O. Box 683, Ben Franklin Station
         Washington, D.C.  20044-0683
         Telephone: (202) 307-6581
         henry.c.darmstadter@usdoj.gov
         james.e.weaver@usdoj.gov
         adam.d.strait@usdoj.gov

*Attorneys for the UNITED STATES OF AMERICA*

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  5th  day of ___May___, 2011    _____
                                            HON. JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE

309611.1

3

**JOINT STIPULATION TO CONTINUE HEARING DATE ON DISPOSITIVE MOTIONS, AND [PROPOSED] ORDER**