**\*\* E-filed June 6, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. <br>_____/ | No. C08-05097 JF (HRL) <br><br> **ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

By written request dated May 31, 2011, plaintiff United States of America requested that the individual with full settlement authority be excused from personally appearing at the settlement conference in this case, scheduled for June 15, 2011. According to the Government, the individual with full settlement authority is Deborah S. Meland, Chief of the Tax Division of the United States Department of Justice's Office of Review. No opposition was filed by any party, and the time for doing so has now expired.

Having considered the Government's request, and good cause appearing, the Court grants the request, provided that Ms. Meland remain available by telephone from 9:30 a.m. Pacific Standard Time until further notice on June 15, 2011. If the Court concludes, however, that the absence of Ms. Meland is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

1     **IT IS SO ORDERED.**

2     Dated: June 6, 2011



3     HOWARD R. LLOYD
       UNITED STATES MAGISTRATE JUDGE

Case 3:08-cv-05097-WHA   Document 92   Filed 06/06/11   Page 3 of 3

**C08-05097 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Adam D Strait | adam.d.strait@usdoj.gov, Western.Taxcivil@usdoj.gov |
| Avram Salkin | as@taxlitigator.com |
| Charles Paul Rettig | rettig@taxlitigator.com |
| Cory James Stigile | stigile@taxlitigator.com |
| Edward Morris Robbins, Jr | Robbins@Taxlitigator.com, vb@taxlitigator.com |
| Henry Charles Darmstadter, III | henry.c.darmstadter@usdoj.gov |
| James Edward Weaver | James.E.Weaver@usdoj.gov |
| Sharyn Marie Fisk | sf@taxlitigator.com |
| Stanley Gracey Roman | sroman@kksrr.com, tmoore@kksrr.com |
| Steven Richard Toscher | Toscher@Taxlitigator.com |
| Thomas M. Newman | thomas.newman2@usdoj.gov |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

3