STEVEN TOSCHER, State Bar No. 91115
CHARLES P. RETTIG, State Bar No. 97848
AVRAM SALKIN, State Bar No. 30412
EDWARD M. ROBBINS, JR., State Bar No. 82696
SHARYN M. FISK, State Bar No. 199898
Hochman Salkin Rettig Toscher & Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: 310/281-3200
Fax: 310/859-1430
E-Mail: sf@taxlitigator.com

Attorneys for Plaintiffs Santa Clara Valley Housing Group, Inc.
and Kristen M. Bowes

MELINDA L. HAAG
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
HENRY C. DARMSTADTER
JAMES E. WEAVER
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6481
henry.c.darmstadter@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **CASE NO. 08-cv-05097-WHA**<br><br>JOINT STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITION, AND PLAINTIFF'S REPLY, TO MOTION FOR RECONSIDERATION, AND [PROPOSED] ORDER |

SANTA CLARA VALLEY HOUSING GROUP, INC. ("Santa Clara"), and KRISTEN M. BOWES ("Bowes") (collectively referred to as "Plaintiffs") and the UNITED STATES OF AMERICA ("Defendant"), by and through their attorneys, hereby request that the deadlines for (1) Defendant to file

1

an opposition to Plaintiff's motion for reconsideration, and (2) Plaintiff Santa Clara to file a reply to Defendant's opposition, be extended for a short time (approximately one week) as set forth below.

In support of this Stipulation, the parties state as follows:

1. On February 14, 2011, the parties filed cross motions for summary judgment.

2. On July 19, 2011, the Court heard oral argument on the motions.

3. On September 21, 2011, the Court issued an order with respect to the cross motions for summary judgment in which the Court: (1) granted Defendant's motion for partial summary judgment; (2) denied Santa Clara's motion for summary judgment; and (3) granted, in part, and denied, in part, Bowes' motion for summary judgment.

4. On October 7, 2011, Santa Clara moved for leave to file a motion for reconsideration of the Court's September 21, 2011 order.

5. On November 1, 2011, the Court granted Santa Clara's motion for leave to file a motion for reconsideration of the Court's order. (Doc. 108). The Court set deadlines for the Defendant to file an opposition by November 14, 2011 and for the Plaintiff to file a reply by November 21, 2011.

6. Due to scheduling obligations with respect to other matters, counsel for the parties are seeking very brief extensions of the deadlines established by the Court in its order of November 1, 2011.

7. The parties hereby stipulate and request that the deadlines be revised so that the Defendant may file its opposition to Santa Clara's motion for reconsideration by **November 21, 2011**.

8. The parties further stipulate and request that the deadlines be revised so that the Plaintiff may file a reply to Defendant's opposition by **November 30, 2011**.

//
//
//
//
//
//

**(Signature blocks and proposed order appear on next page)**

2

Joint Stipulation to Extend Time to file Defendant's Opposition, and Plaintiff's Reply, to Plaintiff's Motion for Reconsideration, and [Proposed] Order

1

2   DATED: November 2, 2011          HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

3

4                                   By:  /s/ Sharyn M. Fisk [authorized to sign by e-mail]
                                         SHARYN M. FISK
5
                                    Hochman, Salkin, Rettig, Toscher & Perez, P.C.
6                                   9150 Wilshire Boulevard, Suite 300
                                    Beverly Hills, California  90212-3414
7                                   Telephone:  (310) 281-3200
                                    Facsimile:  (310) 859-1430
8                                   Fisk@taxlitigator.com

9                                   *Attorney for SANTA CLARA VALLEY HOUSING GROUP, INC.
                                    and KRISTEN M. BOWES*
10

11  DATED: November 2, 2011          UNITED STATES DEPARTMENT OF JUSTICE

12

13                                  By:  /s/ James E. Weaver
                                         HENRY C. DARMSTADTER
14                                       JAMES E. WEAVER
                                         ADAM STRAIT
15                                       Trial Attorneys, Tax Division
                                         U.S. Department of Justice
16                                       P.O. Box 683, Ben Franklin Station
                                         Washington, D.C.  20044-0683
17                                       Telephone: (202) 307-6581
                                         henry.c.darmstadter@usdoj.gov
18                                       james.e.weaver@usdoj.gov
                                         adam.d.strait@usdoj.gov
19
                                    *Attorneys for the UNITED STATES OF AMERICA*
20

21
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22

23

24  Dated this _____ day of _____, 2011   _____
                                                   UNITED STATES DISTRICT JUDGE
25

26

27

28

3