1 | STEVEN TOSCHER, State Bar No. 91115
CHARLES P. RETTIG, State Bar No. 97848
2 | AVRAM SALKIN, State Bar No. 30412
SHARYN M. FISK, State Bar No. 199898
3 | LACEY E. STRACHAN, State Bar No. 260680
Hochman, Salkin, Rettig, Toscher & Perez, P.C.
4 | 9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
5 | Phone: 310/281-3200
Fax: 310/859-1430
6 | E-Mail: sf@taxlitigator.com

7 | Attorneys for Plaintiffs Santa Clara Valley Housing Group, Inc.
and Kristen M. Bowes

8

9

10 UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

12

13 | SANTA CLARA VALLEY HOUSING
GROUP, INC. and KRISTEN M. BOWES,     **CASE NO. 08-cv-05097-WHA**

14                    Plaintiffs,        STIPULATION TO CONTINUE CASE
                                         MANAGEMENT CONFERENCE AND
15        v.                             [~~PROPOSED~~] ORDER

16

17 | UNITED STATES OF AMERICA

18                    Defendant.

19

20        SANTA CLARA VALLEY HOUSING GROUP, INC. ("Santa Clara"), and KRISTEN M.

21 BOWES ("Bowes") (collectively referred to as "Plaintiffs") and the UNITED STATES OF AMERICA

22 ("United States") , by and through their attorneys, hereby request that the Case Management Conference

23 may be continued from December 15, 2011 at 11:00 a.m. to January 19, 2012 at 11:00 a.m.

24        The reason for the continuance is as follows:

25        1.    On February 14, 2011, SCVHG filed a Motion for Summary Judgment on Second Class

26 of Stock Issue (Doc. #70), Bowes filed a Motion for Summary Judgment (Doc. #71) and the United

27 States filed a Motion for Summary Adjudication of Issues Against SCVHG (Doc. #66).

28 | / / /

1

2.      On September 21, 2011, the Court issued Order Re Parties' Cross-Motions for Summary Judgment (Doc. #96) in which it: (1) granted United States' motion for partial summary judgment; (2) denying SCVHG's motion for summary judgment; and (3) granting in part and denying in part Bowes' motion for summary judgment.

3.      On September 26, 2011, this case was reassigned to the San Francisco division to the Honorable William H. Alsup.

4.      On October 7, 2011, SCVHG filed a Notice of Motion and Motion for Leave to File a Motion for Reconsideration seeking reconsideration of the Court's Order Re Parties' Cross-Motions for Summary Judgment dated September 21, 2011 (Doc. #96).

5.      On October 12, 2011, the first Case Management Conference was held before this Court. In the Civil Pretrial Minutes, the Court stated that Judge Jeremy Fogel would rule on SCVHG's Notice of Motion and Motion for Leave to File a Motion for Reconsideration, the trial schedule would be set after Judge Fogel's ruling, and a further Case Management Conference was set for December 15, 2011.

6.      On November 1, 2011, Judge Fogel granted SCVHG's Motion for Leave to File a Motion for Reconsideration and a final briefing schedule was set.

7.      The United States filed its Opposition to the Motion for Reconsideration on November 21, 2011 and SCVHG filed it Reply to Defendant's Opposition on November 30, 2011.  This matter is submitted and before Judge Fogel.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

1        8.     The parties believe that a Case Management Conference would be more productive after

2 Judge Fogel rules on the Motion for Reconsideration so that the parties will know what issues remain

3 in the case.

4        Therefore, the parties hereby stipulate that the Court continue the Case Management Conference

5 from December 15, 2011 at 11:00 a.m. to January 19, 2012 at 11:00 a.m.

6

7 DATED: November 30,  2011      HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

8                   By:____/S/___Sharyn M. Fisk_____
                         SHARYN M. FISK

9

10                  Hochman, Salkin, Rettig, Toscher & Perez, P.C.
                  9150 Wilshire Boulevard, Suite 300
                  Beverly Hills, California  90212-3414

11                  Telephone:  (310) 281-3200
                  Facsimile:  (310) 859-1430

12                  Fisk@taxlitigator.com

13                  *Attorney for SANTA CLARA VALLEY HOUSING GROUP, INC.*
                  *and KRISTEN M. BOWES*

14
DATED: November 30,  2011      UNITED STATES DEPARTMENT OF JUSTICE

15

16                  JOHN A. DICICCO
                  Principal Deputy Assistant Attorney General

17                  By:____/s/ Henry C. Darmstadter_____
                         HENRY C. DARMSTADTER

18                         JAMES E. WEAVER
                         ADAM D. STRAIT

19                         Trial Attorneys, Tax Division
                         U.S. Department of Justice

20            Of counsel:    MELINDA HAAG

21                         United States Attorney
                         THOMAS NEWMAN

22                         Assistant United States Attorney

23                  *Attorneys for the UNITED STATES OF AMERICA*

24

25 **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

26
Dated this __7th__ day of _December_____, 2011

27                         HON. WILLIAM H. ALSUP
                         UNITED STATES DISTRICT JUDGE

28 316775.1

Stipulation to Continue Case Management Conference and [Proposed] Order