1  STEVEN TOSCHER, State Bar No. 91115
   CHARLES P. RETTIG, State Bar No. 97848
2  AVRAM SALKIN, State Bar No. 30412
   SHARYN M. FISK, State Bar No. 199898
3  LACEY E. STRACHAN, State Bar No. 260680
   Hochman, Salkin, Rettig, Toscher & Perez, P.C.
4  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90212
5  Phone: 310/281-3200
   Fax: 310/859-1430
6  E-Mail: sf@taxlitigator.com

7  Attorneys for Plaintiffs Santa Clara Valley Housing Group, Inc.
   and Kristen M. Bowes

8

9

10                 **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

                   **SAN FRANCISCO DIVISION**
12

13  SANTA CLARA VALLEY HOUSING
    GROUP, INC. and KRISTEN M. BOWES,        **CASE NO. 08-cv-05097-WHA**
14
               Plaintiffs,                    STIPULATION TO CONTINUE CASE
15                                            MANAGEMENT CONFERENCE AND
          v.                                  [~~PROPOSED~~] ORDER
16

17  UNITED STATES OF AMERICA

18             Defendant.

19

20        SANTA CLARA VALLEY HOUSING GROUP, INC. ("Santa Clara"), and KRISTEN M.

21  BOWES ("Bowes") (collectively referred to as "Plaintiffs") and the UNITED STATES OF AMERICA

22  ("United States") , by and through their attorneys, hereby request that the Case Management Conference

23  may be continued from January 19, 2012 at 3:00 p.m. to February 16, 2012 at 11:00 a.m.

24        The reason for the continuance is as follows:

25        1.        On February 14, 2011, SCVHG filed a Motion for Summary Judgment on Second Class

26  of Stock Issue (Doc. #70), Bowes filed a Motion for Summary Judgment (Doc. #71) and the United

27  States filed a Motion for Summary Adjudication of Issues Against SCVHG (Doc. #66).

28  / / /

                                              1

          Stipulation to Continue Case Management Conference and [~~Proposed~~] Order

2.      On September 21, 2011, the Court issued Order Re Parties' Cross-Motions for Summary Judgment (Doc. #96) in which it: (1) granted United States' motion for partial summary judgment; (2) denying SCVHG's motion for summary judgment; and (3) granting in part and denying in part Bowes' motion for summary judgment.

3.      On September 26, 2011, this case was reassigned to the San Francisco division to the Honorable William H. Alsup.

4.      On October 7, 2011, SCVHG filed a Notice of Motion and Motion for Leave to File a Motion for Reconsideration seeking reconsideration of the Court's Order Re Parties' Cross-Motions for Summary Judgment dated September 21, 2011 (Doc. #96).

5.      On October 12, 2011, the first Case Management Conference was held before this Court. In the Civil Pretrial Minutes, the Court stated that Judge Jeremy Fogel would rule on SCVHG's Notice of Motion and Motion for Leave to File a Motion for Reconsideration, the trial schedule would be set after Judge Fogel's ruling, and a further Case Management Conference was set for December 15, 2011.

6.      On November 1, 2011, Judge Fogel granted SCVHG's Motion for Leave to File a Motion for Reconsideration and a final briefing schedule was set.

7.      The United States filed its Opposition to the Motion for Reconsideration on November 21, 2011 and SCVHG filed it Reply to Defendant's Opposition on November 30, 2011.  This matter is submitted and before Judge Fogel.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

1    8.    The parties believe that a Case Management Conference would be more productive after

2  Judge Fogel rules on the Motion for Reconsideration so that the parties will know what issues remain

3  in the case.

4    Therefore, the parties hereby stipulate that the Court continue the Case Management Conference

5  from January 19, 2012 at 3:00 p.m. to February 16, 2012 at 11:00 a.m.

6

7  DATED: January 12,  2012    HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

8    By:____/S/    Sharyn M. Fisk_____
                          SHARYN M. FISK

9
                          Hochman, Salkin, Rettig, Toscher & Perez, P.C.
10                        9150 Wilshire Boulevard, Suite 300
                          Beverly Hills, California  90212-3414
11                        Telephone:  (310) 281-3200
                          Facsimile:  (310) 859-1430
12                        Fisk@taxlitigator.com

13                        *Attorney for SANTA CLARA VALLEY HOUSING GROUP, INC.*
                          *and KRISTEN M. BOWES*

14
    DATED: January 12,  2012    UNITED STATES DEPARTMENT OF JUSTICE
15
                          JOHN A. DICICCO
16                        Principal Deputy Assistant Attorney General

17                        By:____/s/ Henry C. Darmstadter_____
                                HENRY C. DARMSTADTER
18                              JAMES E. WEAVER
                                ADAM D. STRAIT
19                              Trial Attorneys, Tax Division
                                U.S. Department of Justice
20
                          Of counsel:    MELINDA HAAG
21                                       United States Attorney
                                         THOMAS NEWMAN
22                                       Assistant United States Attorney

23                        *Attorneys for the UNITED STATES OF AMERICA*

24

25  **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

26
    Dated this 13th day of __January_____, 2012
27                                                    _____
                                                      HON. WILLIAM H. ALSUP
                                                      UNITED STATES DISTRICT JUDGE
28  317739.1

                          APPROVED
                          Judge William Alsup

    Stipulation to Continue Case Management Conference and [Proposed] Order