# EXHIBIT T

INTERNATIONAL EDITION




McGRAW-HILL

# PRINCIPLES OF CORPORATE FINANCE

SEVENTH EDITION

RICHARD A. BREALEY

Emeritus Professor of Finance
London Business School

STEWART C. MYERS

Gordon Y Billard Professor of Finance
Sloan School of Management
Massachusetts Institute of Technology

McGraw-Hill Irwin

Boston Burr Ridge, IL Dubuque, IA Madison, WI New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

*McGraw-Hill Higher Education*

*A Division of The* **McGraw-Hill** *Companies*

PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2003, 2000, 1996, 1991, 1988, 1984, 1981 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

domestic 1 2 3 4 5 6 7 8 9 0 WCK/WCK 0 9 8 7 6 5 4 3 2
international 2 3 4 5 6 7 8 9 0 WCK/WCK 0 9 8 7 6 5 4 3 2

ISBN 0-07-286946-1

Publisher: *Stephen M. Patterson*
Senior developmental editor: *Sarah Ebel*
Executive marketing manager: *Rhonda Seelinger*
Producer, Media technology: *Melissa Kansa*
Senior project manager: *Jean Lou Hess*
Senior production supervisor: *Michael McCormick*
Director of design BR: *Keith J. McPherson*
Supplement producer: *Joyce J. Chappetto*
Cover design: *Keith J. McPherson*
Interior design: *Maureen McCutcheon*
Typeface: *10/12 Palatino*
Compositor: *Carlisle Communications, Ltd.*
Printer: *Quebecor World Versailles Inc.*

**Library of Congress Cataloging-in-Publication Data**

Brealey, Richard A.
Principles of corporate finance / Richard A. Brealey, Stewart C. Myers.—7th ed.
p. cm.—(The McGraw-Hill/Irwin series in finance, insurance, and real estate)
Includes bibliographical references and index.
ISBN 0-07-246766-5 (alk. paper)—ISBN 0-07-115144-3 (international : alk. paper)
1. Corporations—Finance. I. Myers, Stewart C. II. Title. III. Series.
HG4026 .B667 2003
658.15—dc21 2002069248

INTERNATIONAL EDITION ISBN 0-07-115144-3
Copyright © 2003. Exclusive rights by The McGraw-Hill Companies, Inc., for manufacture and export. This book cannot be re-exported from the country to which it is sold by McGraw-Hill. The International Edition is not available in North America.

www.mhhe.com

Thus a 1 percentage point fall in the risk premium would lead to a 50 percent rise in equity prices. If we include this price adjustment in our measures of past returns, we will be doubly wrong in our estimate of the risk premium. First, we will overestimate the return that investors required in the past. Second, we will not recognize that the return that investors require in the future is lower than in the past.

As stock prices began to slide back from their highs of March 2000, this belief in a falling market risk premium began to wane. It seems that if the risk premium truly did fall in the 1990s, then it also rose again as the new century dawned.[10]

Out of this debate only one firm conclusion emerges: Do not trust anyone who claims to *know* what returns investors expect. History contains some clues, but ultimately we have to judge whether investors on average have received what they expected. Brealey and Myers have no official position on the market risk premium, but we believe that a range of 6 to 8.5 percent is reasonable for the United States.[11]

## 7.2 MEASURING PORTFOLIO RISK

You now have a couple of benchmarks. You know the discount rate for safe projects, and you have an estimate of the rate for average-risk projects. But you *don't* know yet how to estimate discount rates for assets that do not fit these simple cases. To do that, you have to learn (1) how to measure risk and (2) the relationship between risks borne and risk premiums demanded.

Figure 7.4 shows the 75 annual rates of return calculated by Ibbotson Associates for Standard and Poor's Composite Index. The fluctuations in year-to-year returns are remarkably wide. The highest annual return was 54.0 percent in 1933—a partial rebound from the stock market crash of 1929–1932. However, there were losses exceeding 25 percent in four years, the worst being the −43.3 percent return in 1931.

Another way of presenting these data is by a histogram or frequency distribution. This is done in Figure 7.5, where the variability of year-to-year returns shows up in the wide "spread" of outcomes.

### Variance and Standard Deviation

The standard statistical measures of spread are **variance** and **standard deviation.** The variance of the market return is the expected squared deviation from the expected return. In other words,

$$\text{Variance}\,(\tilde{r}_m) = \text{the expected value of}\,(\tilde{r}_m - r_m)^2$$

[10]The decline in the stock market in 2001 also reduces the long-term average risk premium. The average premium from 1926 to September 2001 is 8.7 percent, .4 percentage points lower than the figure quoted in Table 7.1.

[11]This range seems to be consistent with company practice. For example, Kaplan and Ruback, in an analysis of valuations in 51 takeovers between 1983 and 1998, found that acquiring companies appeared to base their discount rates on a market risk premium of about 7.5 percent over average returns on long-term Treasury bonds. The risk premium over Treasury bills would have been about a percentage point higher. See S. Kaplan and R. S. Ruback, "The Valuation of Cash Flow Forecasts: An Empirical Analysis," *Journal of Finance* 50 (September 1995), pp. 1059–1093.




**FIGURE 7.4**

The stock market has been a profitable but extremely variable investment.

Source: Ibbotson Associates, Inc., *2001 Yearbook*, © 2001 Ibbotson Associates, Inc.

where $\tilde{r}_m$ is the actual return and $r_m$ is the expected return.[12] The standard deviation is simply the square root of the variance:

$$\text{Standard deviation of } \tilde{r}_m = \sqrt{\text{variance } (\tilde{r}_m)}$$

Standard deviation is often denoted by $\sigma$ and variance by $\sigma^2$.

Here is a very simple example showing how variance and standard deviation are calculated. Suppose that you are offered the chance to play the following game. You start by investing \$100. Then two coins are flipped. For each head that comes up you get back your starting balance *plus* 20 percent, and for each tail that comes up you get back your starting balance *less* 10 percent. Clearly there are four equally likely outcomes:

- Head + head: You gain 40 percent.
- Head + tail: You gain 10 percent.

[12] One more technical point: When variance is estimated from a sample of *observed* returns, we add the squared deviations and divide by $N - 1$, where $N$ is the number of observations. We divide by $N - 1$ rather than $N$ to correct for what is called *the loss of a degree of freedom*. The formula is

$$\text{Variance } (\tilde{r}_m) = \frac{1}{N-1}\sum_{t=1}^{N}(\tilde{r}_{mt} - r_m)^2$$

where $\tilde{r}_{mt}$ is the market return in period $t$ and $r_m$ is the mean of the values of $\tilde{r}_{mt}$.




**FIGURE 7.5**

Histogram of the annual rates of return from the stock market in the United States, 1926–2000, showing the wide spread of returns from investment in common stocks.

Source: Ibbotson Associates, Inc., *2001 Yearbook*.

- Tail + head: You gain 10 percent.
- Tail + tail: You lose 20 percent.

There is a chance of 1 in 4, or .25, that you will make 40 percent; a chance of 2 in 4, or .5, that you will make 10 percent; and a chance of 1 in 4, or .25, that you will lose 20 percent. The game's expected return is, therefore, a weighted average of the possible outcomes:

$$\text{Expected return} = (.25 \times 40) + (.5 \times 10) + (.25 \times -20) = +10\%$$

Table 7.2 shows that the variance of the percentage returns is 450. Standard deviation is the square root of 450, or 21. This figure is in the same units as the rate of return, so we can say that the game's variability is 21 percent.

One way of defining uncertainty is to say that more things can happen than will happen. The risk of an asset can be completely expressed, as we did for the coin-tossing game, by writing all possible outcomes and the probability of each. In prac-

**TABLE 7.2**

The coin-tossing game: Calculating variance and standard deviation.

| (1) Percent Rate of Return ($\tilde{r}$) | (2) Deviation from Expected Return ($\tilde{r} - r$) | (3) Squared Deviation $(\tilde{r} - r)^2$ | (4) Probability | (5) Probability × Squared Deviation |
|---|---|---|---|---|
| +40 | +30 | 900 | .25 | 225 |
| +10 | 0 | 0 | .5 | 0 |
| −20 | −30 | 900 | .25 | 225 |
| | | Variance = expected value of $(\tilde{r} - r)^2$ = | | 450 |
| | | Standard deviation = $\sqrt{\text{variance}} = \sqrt{450}$ = | | 21 |

tice this is cumbersome and often impossible. Therefore we use variance or standard deviation to summarize the spread of possible outcomes.[13]

These measures are natural indexes of risk.[14] If the outcome of the coin-tossing game had been certain, the standard deviation would have been zero. The actual standard deviation is positive because we *don't* know what will happen.

Or think of a second game, the same as the first except that each head means a 35 percent gain and each tail means a 25 percent loss. Again, there are four equally likely outcomes:

- Head + head: You gain 70 percent.
- Head + tail: You gain 10 percent.
- Tail + head: You gain 10 percent.
- Tail + tail: You lose 50 percent.

For this game the expected return is 10 percent, the same as that of the first game. But its standard deviation is double that of the first game, 42 versus 21 percent. By this measure the second game is twice as risky as the first.

### Measuring Variability

In principle, you could estimate the variability of any portfolio of stocks or bonds by the procedure just described. You would identify the possible outcomes, assign a probability to each outcome, and grind through the calculations. But where do the probabilities come from? You can't look them up in the newspaper; newspapers seem to go out of their way to avoid definite statements about prospects for securities. We once saw an article headlined "Bond Prices Possibly Set to Move Sharply Either Way." Stockbrokers are much the same. Yours may respond to your query about possible market outcomes with a statement like this:

> The market currently appears to be undergoing a period of consolidation. For the intermediate term, we would take a constructive view, provided economic recovery

[13] Which of the two we use is solely a matter of convenience. Since standard deviation is in the same units as the rate of return, it is generally more convenient to use standard deviation. However, when we are talking about the *proportion* of risk that is due to some factor, it is usually less confusing to work in terms of the variance.

[14] As we explain in Chapter 8, standard deviation and variance are the correct measures of risk if the returns are normally distributed.

continues. The market could be up 20 percent a year from now, perhaps more if inflation continues low. On the other hand, . . .

The Delphic oracle gave advice, but no probabilities.

Most financial analysts start by observing past variability. Of course, there is no risk in hindsight, but it is reasonable to assume that portfolios with histories of high variability also have the least predictable future performance.

The annual standard deviations and variances observed for our five portfolios over the period 1926–2000 were:[15]

| Portfolio | Standard Deviation ($\sigma$) | Variance ($\sigma^2$) |
|---|---|---|
| Treasury bills | 3.2 | 10.1 |
| Government bonds | 9.4 | 88.7 |
| Corporate bonds | 8.7 | 75.5 |
| Common stocks (S&P 500) | 20.2 | 406.9 |
| Small-firm common stocks | 33.4 | 1118.4 |

As expected, Treasury bills were the least variable security, and small-firm stocks were the most variable. Government and corporate bonds hold the middle ground.[16]

You may find it interesting to compare the coin-tossing game and the stock market as alternative investments. The stock market generated an average annual return of 13.0 percent with a standard deviation of 20.2 percent. The game offers 10 and 21 percent, respectively—slightly lower return and about the same variability. Your gambling friends may have come up with a crude representation of the stock market.

Of course, there is no reason to believe that the market's variability should stay the same over more than 70 years. For example, it is clearly less now than in the Great Depression of the 1930s. Here are standard deviations of the returns on the S&P index for successive periods starting in 1926.[17]

[15]Ibbotson Associates, Inc., *2001 Yearbook.* In discussing the riskiness of *bonds*, be careful to specify the time period and whether you are speaking in real or nominal terms. The *nominal* return on a long-term government bond is absolutely certain to an investor who holds on until maturity; in other words, it is risk-free if you forget about inflation. After all, the government can always print money to pay off its debts. However, the real return on Treasury securities is uncertain because no one knows how much each future dollar will buy.

The bond returns reported by Ibbotson Associates were measured annually. The returns reflect year-to-year changes in bond prices as well as interest received. The *one-year* returns on long-term bonds are risky in *both* real and nominal terms.

[16]You may have noticed that corporate bonds come in just ahead of government bonds in terms of low variability. You shouldn't get excited about this. The problem is that it is difficult to get two sets of bonds that are alike in all other respects. For example, many corporate bonds are *callable* (i.e., the company has an option to repurchase them for their face value). Government bonds are not callable. Also interest payments are higher on corporate bonds. Therefore, investors in corporate bonds get their money sooner. As we will see in Chapter 24, this also reduces the bond's variability.

[17]These estimates are derived from *monthly* rates of return. Annual observations are insufficient for estimating variability decade by decade. The monthly variance is converted to an annual variance by multiplying by 12. That is, the variance of the monthly return is one-twelfth of the annual variance. The longer you hold a security or portfolio, the more risk you have to bear.

This conversion assumes that successive monthly returns are statistically independent. This is, in fact, a good assumption, as we will show in Chapter 13.

Because variance is approximately proportional to the length of time interval over which a security or portfolio return is measured, *standard deviation* is proportional to the square root of the interval.

| Period | Market Standard Deviation ($\sigma_m$) |
|---|---|
| 1926–1930 | 21.7 |
| 1931–1940 | 37.8 |
| 1941–1950 | 14.0 |
| 1951–1960 | 12.1 |
| 1961–1970 | 13.0 |
| 1971–1980 | 15.8 |
| 1981–1990 | 16.5 |
| 1991–2000 | 13.4 |

These figures do not support the widespread impression of especially volatile stock prices during the 1980s and 1990s. These years were below average on the volatility front.

However, there were brief episodes of extremely high volatility. On Black Monday, October 19, 1987, the market index fell by 23 percent *on a single day.* The standard deviation of the index for the week surrounding Black Monday was equivalent to 89 percent per year. Fortunately, volatility dropped back to normal levels within a few weeks after the crash.

## How Diversification Reduces Risk

We can calculate our measures of variability equally well for individual securities and portfolios of securities. Of course, the level of variability over 75 years is less interesting for specific companies than for the market portfolio—it is a rare company that faces the same business risks today as it did in 1926.

Table 7.3 presents estimated standard deviations for 10 well-known common stocks for a recent five-year period.[18] Do these standard deviations look high to you? They should. Remember that the market portfolio's standard deviation was about 13 percent in the 1990s. Of our individual stocks only Exxon Mobil came close to this figure. Amazon.com was about eight times more variable than the market portfolio.

Take a look also at Table 7.4, which shows the standard deviations of some well-known stocks from different countries and of the markets in which they trade. Some of these stocks are much more variable than others, but you can see that once again the individual stocks are more variable than the market indexes.

This raises an important question: The market portfolio is made up of individual stocks, so why doesn't its variability reflect the average variability of its components? The answer is that *diversification reduces variability.*

| Stock | Standard Deviation ($\sigma$) | Stock | Standard Deviation ($\sigma$) |
|---|---|---|---|
| Amazon.com* | 110.6 | General Electric | 26.8 |
| Boeing | 30.9 | General Motors | 33.4 |
| Coca-Cola | 31.5 | McDonald's | 27.4 |
| Dell Computer | 62.7 | Pfizer | 29.3 |
| Exxon Mobil | 17.4 | Reebok | 58.5 |

**TABLE 7.3**

Standard deviations for selected U.S. common stocks, August 1996–July 2001 (figures in percent per year).

*June 1997–July 2001.

[18] These standard deviations are also calculated from monthly data.

| Stock | Standard Deviation (σ) | Market | Standard Deviation (σ) | Stock | Standard Deviation (σ) | Market | Standard Deviation (σ) |
|---|---|---|---|---|---|---|---|
| Alcan | 31.0 | Canada | 20.7 | LVMH | 41.9 | France | 21.5 |
| BP Amoco | 24.8 | UK | 14.5 | Nestlé | 19.7 | Switzerland | 19.0 |
| Deutsche Bank | 37.5 | Germany | 24.1 | Nokia | 57.6 | Finland | 43.2 |
| Fiat | 38.1 | Italy | 26.7 | Sony | 46.3 | Japan | 18.2 |
| KLM | 39.6 | Netherlands | 20.6 | Telefonica de Argentina | 45.4 | Argentina | 34.3 |

**TABLE 7.4**

Standard deviation for selected foreign stocks and market indexes, September 1996–August 2001 (figures in percent per year).

**FIGURE 7.6**

The risk (standard deviation) of randomly selected portfolios containing different numbers of New York Stock Exchange stocks. Notice that diversification reduces risk rapidly at first, then more slowly.

Source: M. Statman, "How Many Stocks Make a Diversified Portfolio?" *Journal of Financial and Quantitative Analysis* 22 (September 1987), pp. 353–363.




Even a little diversification can provide a substantial reduction in variability. Suppose you calculate and compare the standard deviations of randomly chosen one-stock portfolios, two-stock portfolios, five-stock portfolios, etc. A high proportion of the investments would be in the stocks of small companies and individually very risky. However, you can see from Figure 7.6 that diversification can cut the variability of returns about in half. Notice also that you can get most of this benefit with relatively few stocks: The improvement is slight when the number of securities is increased beyond, say, 20 or 30.

Diversification works because prices of different stocks do not move exactly together. Statisticians make the same point when they say that stock price changes are less than perfectly correlated. Look, for example, at Figure 7.7. The top panel shows returns for Dell Computer. We chose Dell because its stock has

ard
ion

ercent

er of
ies

riability.
chosen
gh pro-
nd indi-
tion can
st of this
mber of

exactly
ck price
7.7. The
tock has




**FIGURE 7.7**

The variability of a portfolio with equal holdings in Dell Computer and Reebok would have been less than the average variability of the individual stocks. These returns run from August 1996 to July 2001.

**FIGURE 7.8**

Diversification eliminates unique risk. But there is some risk that diversification *cannot* eliminate. This is called *market risk.*




been unusually volatile. The middle panel shows returns for Reebok stock, which has also had its ups and downs. But on many occasions a decline in the value of one stock was offset by a rise in the price of the other.[19] Therefore there was an opportunity to reduce your risk by diversification. Figure 7.7 shows that if you had divided your funds evenly between the two stocks, the variability of your portfolio would have been substantially less than the average variability of the two stocks.[20]

The risk that potentially can be eliminated by diversification is called **unique risk.**[21] Unique risk stems from the fact that many of the perils that surround an individual company are peculiar to that company and perhaps its immediate competitors. But there is also some risk that you can't avoid, regardless of how much you diversify. This risk is generally known as **market risk.**[22] Market risk stems from the fact that there are other economywide perils that threaten all businesses. That is why stocks have a tendency to move together. And that is why investors are exposed to market uncertainties, no matter how many stocks they hold.

In Figure 7.8 we have divided the risk into its two parts—unique risk and market risk. If you have only a single stock, unique risk is very important; but once you have a portfolio of 20 or more stocks, diversification has done the bulk of its work. For a reasonably well-diversified portfolio, only market risk matters. Therefore, the predominant source of uncertainty for a diversified investor is that the market will rise or plummet, carrying the investor's portfolio with it.

[19]Over this period the correlation between the returns on the two stocks was approximately zero.

[20]The standard deviations of Dell Computer and Reebok were 62.7 and 58.5 percent, respectively. The standard deviation of a portfolio with half invested in each was 43.3 percent.

[21]Unique risk may be called *unsystematic risk, residual risk, specific risk,* or *diversifiable risk.*

[22]Market risk may be called *systematic risk* or *undiversifiable risk.*

## 7.3 CALCULATING PORTFOLIO RISK

We have given you an intuitive idea of how diversification reduces risk, but to understand fully the effect of diversification, you need to know how the risk of a portfolio depends on the risk of the individual shares.

Suppose that 65 percent of your portfolio is invested in the shares of Coca-Cola and the remainder is invested in Reebok. You expect that over the coming year Coca-Cola will give a return of 10 percent and Reebok, 20 percent. The expected return on your portfolio is simply a weighted average of the expected returns on the individual stocks:[23]

$$\text{Expected portfolio return} = (0.65 \times 10) + (0.35 \times 20) = 13.5\%$$

Calculating the expected portfolio return is easy. The hard part is to work out the risk of your portfolio. In the past the standard deviation of returns was 31.5 percent for Coca-Cola and 58.5 percent for Reebok. You believe that these figures are a good forecast of the spread of possible *future* outcomes. At first you may be inclined to assume that the standard deviation of your portfolio is a weighted average of the standard deviations of the two stocks, that is $(.65 \times 31.5) + (.35 \times 58.5) = 41.0$ percent. That would be correct *only* if the prices of the two stocks moved in perfect lockstep. In any other case, diversification reduces the risk below this figure.

The exact procedure for calculating the risk of a two-stock portfolio is given in Figure 7.9. You need to fill in four boxes. To complete the top left box, you weight the variance of the returns on stock 1 ($\sigma_1^2$) by the *square* of the proportion invested in it ($x_1^2$). Similarly, to complete the bottom right box, you weight the variance of the returns on stock 2 ($\sigma_2^2$) by the *square* of the proportion invested in stock 2 ($x_2^2$).

The entries in these diagonal boxes depend on the variances of stocks 1 and 2; the entries in the other two boxes depend on their **covariance.** As you might guess, the covariance is a measure of the degree to which the two stocks "covary." The covariance can be expressed as the product of the correlation coefficient $\rho_{12}$ and the two standard deviations:[24]

$$\text{Covariance between stocks 1 and 2} = \sigma_{12} = \rho_{12}\sigma_1\sigma_2$$

For the most part stocks tend to move together. In this case the correlation coefficient $\rho_{12}$ is positive, and therefore the covariance $\sigma_{12}$ is also positive. If the prospects of the stocks were wholly unrelated, both the correlation coefficient and the covariance would be zero; and if the stocks tended to move in opposite directions, the correlation coefficient and the covariance would be negative. Just as you

[23] Let's check this. Suppose you invest $65 in Coca-Cola and $35 in Reebok. The expected dollar return on your Coca-Cola holding is $.10 \times 65 = \$6.50$, and on Reebok it is $.20 \times 35 = \$7.00$. The expected dollar return on your portfolio is $6.50 + 7.00 = \$13.50$. The portfolio *rate* of return is $13.50/100 = 0.135$, or 13.5 percent.

[24] Another way to define the covariance is as follows:

$$\text{Covariance between stocks 1 and 2} = \sigma_{12} = \text{expected value of } (\tilde{r}_1 - r_1) \times (\tilde{r}_2 - r_2)$$

Note that any security's covariance with itself is just its variance:

$$\begin{aligned}\sigma_{11} &= \text{expected value of } (\tilde{r}_1 - r_1) \times (\tilde{r}_1 - r_1) \\ &= \text{expected value of } (\tilde{r}_1 - r_1)^2 = \text{variance of stock 1} = \sigma_1^2.\end{aligned}$$

**FIGURE 7.9**

The variance of a two-stock portfolio is the sum of these four boxes. $x_1, x_2$ = proportions invested in stocks 1 and 2; $\sigma_1^2, \sigma_2^2$ = variances of stock returns; $\sigma_{12}$ = covariance of returns ($\rho_{12}\sigma_1\sigma_2$); $\rho_{12}$ = correlation between returns on stocks 1 and 2.

| | Stock 1 | Stock 2 |
|---|---|---|
| Stock 1 | $x_1^2\sigma_1^2$ | $x_1x_2\sigma_{12} = x_1x_2\rho_{12}\sigma_1\sigma_2$ |
| Stock 2 | $x_1x_2\sigma_{12} = x_1x_2\rho_{12}\sigma_1\sigma_2$ | $x_2^2\sigma_2^2$ |

weighted the variances by the square of the proportion invested, so you must weight the covariance by the *product* of the two proportionate holdings $x_1$ and $x_2$.

Once you have completed these four boxes, you simply add the entries to obtain the portfolio variance:

$$\text{Portfolio variance} = x_1^2\sigma_1^2 + x_2^2\sigma_2^2 + 2(x_1x_2\rho_{12}\sigma_1\sigma_2)$$

The portfolio standard deviation is, of course, the square root of the variance.

Now you can try putting in some figures for Coca-Cola and Reebok. We said earlier that if the two stocks were perfectly correlated, the standard deviation of the portfolio would lie 45 percent of the way between the standard deviations of the two stocks. Let us check this out by filling in the boxes with $\rho_{12} = +1$.

| | Coca-Cola | Reebok |
|---|---|---|
| Coca-Cola | $x_1^2\sigma_1^2 = (.65)^2 \times (31.5)^2$ | $x_1x_2\rho_{12}\sigma_1\sigma_2 = (.65) \times (.35) \times 1 \times (31.5) \times (58.5)$ |
| Reebok | $x_1x_2\rho_{12}\sigma_1\sigma_2 = .65 \times .35 \times 1 \times 31.5 \times 58.5$ | $x_2^2\sigma_2^2 = (.35)^2 \times (58.5)^2$ |

The variance of your portfolio is the sum of these entries:

$$\text{Portfolio variance} = [(.65)^2 \times (31.5)^2] + [(.35)^2 \times (58.5)^2] + 2(.65 \times .35 \times 1 \times 31.5 \times 58.5) = 1{,}676.9$$

The standard deviation is $\sqrt{1{,}676.9} = 41.0$ percent or 35 percent of the way between 31.5 and 58.5.

Coca-Cola and Reebok do not move in perfect lockstep. If past experience is any guide, the correlation between the two stocks is about .2. If we go through the same exercise again with $\rho_{12} = +.2$, we find

$$\text{Portfolio variance} = [(.65)^2 \times (31.5)^2] + [(.35)^2 \times (58.5)^2] + 2(.65 \times .35 \times .2 \times 31.5 \times 58.5) = 1{,}006.1$$

The standard deviation is $\sqrt{1{,}006.1} = 31.7$ percent. The risk is now *less* than 35 percent of the way between 31.5 and 58.5; in fact, it is little more than the risk of investing in Coca-Cola alone.

The greatest payoff to diversification comes when the two stocks are negatively correlated. Unfortunately, this almost never occurs with real stocks, but just for illustration, let us assume it for Coca-Cola and Reebok. And as long as we are being unrealistic, we might as well go whole hog and assume perfect negative correlation ($\rho_{12} = -1$). In this case,

$$\text{Portfolio variance} = [(.65)^2 \times (31.5)^2] + [(.35)^2 \times (58.5)^2] + 2[.65 \times .35 \times (-1) \times 31.5 \times 58.5] = 0$$

When there is perfect negative correlation, there is always a portfolio strategy (represented by a particular set of portfolio weights) which will completely eliminate risk.[25] It's too bad perfect negative correlation doesn't really occur between common stocks.

## General Formula for Computing Portfolio Risk

The method for calculating portfolio risk can easily be extended to portfolios of three or more securities. We just have to fill in a larger number of boxes. Each of those down the diagonal—the shaded boxes in Figure 7.10—contains the variance weighted by the square of the proportion invested. Each of the other boxes contains the covariance between that pair of securities, weighted by the product of the proportions invested.[26]

## Limits to Diversification

Did you notice in Figure 7.10 how much more important the covariances become as we add more securities to the portfolio? When there are just two securities, there are equal numbers of variance boxes and of covariance boxes. When there are many securities, the number of covariances is much larger than the number of variances. Thus the variability of a well-diversified portfolio reflects mainly the covariances.

Suppose we are dealing with portfolios in which equal investments are made in each of $N$ stocks. The proportion invested in each stock is, therefore, $1/N$. So in each variance box we have $(1/N)^2$ times the variance, and in each covariance box we have $(1/N)^2$ times the covariance. There are $N$ variance boxes and $N^2 - N$ covariance boxes. Therefore,

$$\begin{aligned}\text{Portfolio variance} &= N\left(\frac{1}{N}\right)^2 \times \text{average variance} \\ &\quad + (N^2 - N)\left(\frac{1}{N}\right)^2 \times \text{average covariance} \\ &= \frac{1}{N} \times \text{average variance} + \left(1 - \frac{1}{N}\right) \times \text{average covariance}\end{aligned}$$

[25] Since the standard deviation of Reebok is 1.86 times that of Coca-Cola, you need to invest 1.86 times more in Coca-Cola to eliminate risk in this two-stock portfolio.

[26] The formal equivalent to "add up all the boxes" is

$$\text{Portfolio variance} = \sum_{i=1}^{N}\sum_{j=1}^{N} x_i x_j \sigma_{ij}$$

Notice that when $i = j$, $\sigma_{ij}$ is just the variance of stock $i$.

**FIGURE 7.10**

To find the variance of an $N$-stock portfolio, we must add the entries in a matrix like this. The diagonal cells contain variance terms ($x_i^2\sigma_i^2$), and the off-diagonal cells contain covariance terms ($x_ix_j\sigma_{ij}$).




Notice that as $N$ increases, the portfolio variance steadily approaches the average covariance. If the average covariance were zero, it would be possible to eliminate *all* risk by holding a sufficient number of securities. Unfortunately common stocks move together, not independently. Thus most of the stocks that the investor can actually buy are tied together in a web of positive covariances which set the limit to the benefits of diversification. Now we can understand the precise meaning of the market risk portrayed in Figure 7.8. It is the average covariance which constitutes the bedrock of risk remaining after diversification has done its work.

## 7.4 HOW INDIVIDUAL SECURITIES AFFECT PORTFOLIO RISK

We presented earlier some data on the variability of 10 individual U.S. securities. Amazon.com had the highest standard deviation and Exxon Mobil had the lowest. If you had held Amazon on its own, the spread of possible returns would have been six times greater than if you had held Exxon Mobil on its own. But that is not a very interesting fact. Wise investors don't put all their eggs into just one basket: They reduce their risk by diversification. They are therefore interested in the effect that each stock will have on the risk of their portfolio.

This brings us to one of the principal themes of this chapter. *The risk of a well-diversified portfolio depends on the market risk of the securities included in the portfolio.* Tattoo that statement on your forehead if you can't remember it any other way. It is one of the most important ideas in this book.

| Stock | Beta (β) | Stock | Beta (β) |
|---|---|---|---|
| Amazon.com* | 3.25 | General Electric | 1.18 |
| Boeing | .56 | General Motors | .91 |
| Coca-Cola | .74 | McDonald's | .68 |
| Dell Computer | 2.21 | Pfizer | .71 |
| Exxon Mobil | .40 | Reebok | .69 |

**TABLE 7.5**

Betas for selected U.S. common stocks, August 1996–July 2001.

*June 1997–July 2001.




**FIGURE 7.11**

The return on Dell Computer stock changes on average by 2.21 percent for each additional 1 percent change in the market return. Beta is therefore 2.21.

### Market Risk Is Measured by Beta

If you want to know the contribution of an individual security to the risk of a well-diversified portfolio, it is no good thinking about how risky that security is if held in isolation—you need to measure its *market* risk, and that boils down to measuring how sensitive it is to market movements. This sensitivity is called **beta** (β).

Stocks with betas greater than 1.0 tend to amplify the overall movements of the market. Stocks with betas between 0 and 1.0 tend to move in the same direction as the market, but not as far. Of course, the market is the portfolio of all stocks, so the "average" stock has a beta of 1.0. Table 7.5 reports betas for the 10 well-known common stocks we referred to earlier.

Over the five years from mid-1996 to mid-2001, Dell Computer had a beta of 2.21. If the future resembles the past, this means that *on average* when the market rises an extra 1 percent, Dell's stock price will rise by an extra 2.21 percent. When the market falls an extra 2 percent, Dell's stock prices will fall an extra 2 × 2.21 = 4.42 percent. Thus a line fitted to a plot of Dell's returns versus market returns has a slope of 2.21. See Figure 7.11.

**TABLE 7.6**

Betas for foreign stocks, September 1996–August 2001 (betas are measured relative to the stock's home market).

| Stock | Beta | Stock | Beta |
|---|---|---|---|
| Alcan | .66 | LVMH | 1.42 |
| BP Amoco | .82 | Nestlé | .64 |
| Deutsche Bank | 1.18 | Nokia | 1.29 |
| Fiat | 1.03 | Sony | 1.38 |
| KLM | .82 | Telefonica de Argentina | 1.06 |

Of course Dell's stock returns are not perfectly correlated with market returns. The company is also subject to unique risk, so the actual returns will be scattered about the line in Figure 7.11. Sometimes Dell will head south while the market goes north, and vice versa.

Of the 10 stocks in Table 7.5 Dell has one of the highest betas. Exxon Mobil is at the other extreme. A line fitted to a plot of Exxon Mobil's returns versus market returns would be less steep: Its slope would be only .40.

Just as we can measure how the returns of a U.S. stock are affected by fluctuations in the U.S. market, so we can measure how stocks in other countries are affected by movements in *their* markets. Table 7.6 shows the betas for the sample of foreign stocks.

### Why Security Betas Determine Portfolio Risk

Let's review the two crucial points about security risk and portfolio risk:

- Market risk accounts for most of the risk of a well-diversified portfolio.
- The beta of an individual security measures its sensitivity to market movements.

It's easy to see where we are headed: In a portfolio context, a security's risk is measured by beta. Perhaps we could just jump to that conclusion, but we'd rather explain it. In fact, we'll offer two explanations.

**Explanation 1: Where's Bedrock?** Look back to Figure 7.8, which shows how the standard deviation of portfolio return depends on the number of securities in the portfolio. With more securities, and therefore better diversification, portfolio risk declines until all unique risk is eliminated and only the bedrock of market risk remains.

Where's bedrock? It depends on the average beta of the securities selected.

Suppose we constructed a portfolio containing a large number of stocks—500, say—drawn randomly from the whole market. What would we get? The market itself, or a portfolio *very* close to it. The portfolio beta would be 1.0, and the correlation with the market would be 1.0. If the standard deviation of the market were 20 percent (roughly its average for 1926–2000), then the portfolio standard deviation would also be 20 percent.

But suppose we constructed the portfolio from a large group of stocks with an average beta of 1.5. Again we would end up with a 500-stock portfolio with virtually no unique risk—a portfolio that moves almost in lockstep with the market. However, *this* portfolio's standard deviation would be 30 percent, 1.5 times that of

the market.[27] A well-diversified portfolio with a beta of 1.5 will amplify every market move by 50 percent and end up with 150 percent of the market's risk.

Of course, we could repeat the same experiment with stocks with a beta of .5 and end up with a well-diversified portfolio half as risky as the market. Figure 7.12 shows these three cases.

The general point is this: The risk of a well-diversified portfolio is proportional to the portfolio beta, which equals the average beta of the securities included in the portfolio. This shows you how portfolio risk is driven by security betas.

**Explanation 2: Betas and Covariances.** A statistician would define the beta of stock *i* as

$$\beta_i = \frac{\sigma_{im}}{\sigma_m^2}$$

where $\sigma_{im}$ is the covariance between stock *i*'s return and the market return, and $\sigma_m^2$ is the variance of the market return.

It turns out that this ratio of covariance to variance measures a stock's contribution to portfolio risk. You can see this by looking back at our calculations for the risk of the portfolio of Coca-Cola and Reebok.

Remember that the risk of this portfolio was the sum of the following cells:

| | Coca-Cola | Reebok |
|---|---|---|
| Coca-Cola | $(.65)^2 \times (31.5)^2$ | $.65 \times .35 \times .2 \times 31.5 \times 58.5$ |
| Reebok | $.65 \times .35 \times .2 \times 31.5 \times 58.5$ | $(.35)^2 \times (58.5)^2$ |

If we add each *row* of cells, we can see how much of the portfolio's risk comes from Coca-Cola and how much comes from Reebok:

| Stock | Contribution to Risk | |
|---|---|---|
| Coca-Cola | $.65 \times \{[.65 \times (31.5)^2] + [.35 \times .2 \times 31.5 \times 58.5]\} = .65 \times$ | 774.0 |
| Reebok | $.35 \times \{[.65 \times .2 \times 31.5 \times 58.5] + [.35 \times (58.5)^2]\} = .35 \times$ | 1,437.3 |
| | Total portfolio | 1,006.1 |

Coca-Cola's contribution to portfolio risk depends on its relative importance in the portfolio (.65) and its average covariance with the stocks in the portfolio (774.0). (Notice that the average covariance of Coca-Cola with the portfolio includes its covariance with itself, i.e., its variance.) The *proportion* of the risk that comes from the Coca-Cola holding is

$$\text{Relative market value} \times \frac{\text{average covariance}}{\text{portfolio variance}} = .65 \times \frac{774.0}{1{,}006.1} = .65 \times .77 = .5$$

Similarly, Reebok's contribution to portfolio risk depends on its relative importance in the portfolio (.35) and its average covariance with the stocks in the

[27] A 500-stock portfolio with $\beta = 1.5$ would still have some unique risk because it would be unduly concentrated in high-beta industries. Its actual standard deviation would be a bit higher than 30 percent. If that worries you, relax; we will show you in Chapter 8 how you can construct a fully diversified portfolio with a beta of 1.5 by borrowing and investing in the market portfolio.

**FIGURE 7.12**

(a) A randomly selected 500-stock portfolio ends up with β = 1 and a standard deviation equal to the market's—in this case 20 percent. (b) A 500-stock portfolio constructed with stocks with average β = 1.5 has a standard deviation of about 30 percent—150 percent of the market's. (c) A 500-stock portfolio constructed with stocks with average β = .5 has a standard deviation of about 10 percent—half the market's.



portfolio (1,437.3). The *proportion* of the risk that comes from the Reebok holding is also .5:

$$.35 \times \frac{1{,}437.3}{1{,}006.1} = .35 \times 1.43 = .5$$

In each case the proportion depends on two numbers: the relative size of the holding (.65 or .35) and a measure of the effect of that holding on portfolio risk (.77 or 1.43). The latter values are the betas of Coca-Cola and Reebok *relative to that portfolio*. On average, an extra 1 percent change in the value of the portfolio would be associated with an extra .77 percent change in the value of Coca-Cola and a 1.43 percent change in the value of Reebok.

To calculate Coca-Cola's beta relative to the portfolio, we simply take the covariance of Coca-Cola with the portfolio and divide by the portfolio variance. The idea is exactly the same if we wish to calculate the beta of Coca-Cola *relative to the market portfolio*. We just calculate its covariance with the market portfolio and divide by the variance of the market:

$$\begin{array}{c}\text{Beta relative to market portfolio} \\ \text{(or, more simply, beta)}\end{array} = \frac{\text{covariance with market}}{\text{variance of market}} = \frac{\sigma_{im}}{\sigma_m^2}$$

## 7.5 DIVERSIFICATION AND VALUE ADDITIVITY

We have seen that diversification reduces risk and, therefore, makes sense for investors. But does it also make sense for the firm? Is a diversified firm more attractive to investors than an undiversified one? If it is, we have an *extremely* disturbing result. If diversification is an appropriate corporate objective, each project has to be analyzed as a potential addition to the firm's portfolio of assets. The value of the diversified package would be greater than the sum of the parts. So present values would no longer add.

Diversification is undoubtedly a good thing, but that does not mean that firms should practice it. If investors were *not* able to hold a large number of securities, then they might want firms to diversify for them. But investors *can* diversify.[28] In many ways they can do so more easily than firms. Individuals can invest in the steel industry this week and pull out next week. A firm cannot do that. To be sure, the individual would have to pay brokerage fees on the purchase and sale of steel company shares, but think of the time and expense for a firm to acquire a steel company or to start up a new steel-making operation.

You can probably see where we are heading. If investors can diversify on their own account, they will not pay any *extra* for firms that diversify. And if they have a sufficiently wide choice of securities, they will not pay any *less* because they are unable to invest separately in each factory. Therefore, in countries like the United States, which have large and competitive capital markets, diversification does not add to a firm's value or subtract from it. The total value is the sum of its parts.

This conclusion is important for corporate finance, because it justifies adding present values. The concept of *value additivity* is so important that we will give a

[28] One of the simplest ways for an individual to diversify is to buy shares in a mutual fund that holds a diversified portfolio.

Exhibit T to Strait Decl. re: Mots. in Limine
Page 1446

And the standard deviation of your investment is

$$\sigma = (2 \times \text{standard deviation of S}) - (1 \times \text{standard deviation of bills}) = 32\%$$

You can see from Figure 8.6 that when you lend a portion of your money, you end up partway between $r_f$ and S; if you can borrow money at the risk-free rate, you can extend your possibilities beyond S. You can also see that regardless of the level of risk you choose, you can get the highest expected return by a mixture of portfolio S and borrowing or lending. S is the *best* efficient portfolio. There is no reason ever to hold, say, portfolio T.

If you have a graph of efficient portfolios, as in Figure 8.6, finding this best efficient portfolio is easy. Start on the vertical axis at $r_f$ and draw the steepest line you can to the curved heavy line of efficient portfolios. That line will be tangent to the heavy line. The efficient portfolio at the tangency point is better than all the others. Notice that it offers the highest *ratio* of risk premium to standard deviation.

This means that we can separate the investor's job into two stages. First, the best portfolio of common stocks must be selected—S in our example.[7] Second, this portfolio must be blended with borrowing or lending to obtain an exposure to risk that suits the particular investor's taste. Each investor, therefore, should put money into just two benchmark investments—a risky portfolio S and a risk-free loan (borrowing or lending).[8]

What does portfolio S look like? If you have better information than your rivals, you will want the portfolio to include relatively large investments in the stocks you think are undervalued. But in a competitive market you are unlikely to have a monopoly of good ideas. In that case there is no reason to hold a different portfolio of common stocks from anybody else. In other words, you might just as well hold the market portfolio. That is why many professional investors invest in a market-index portfolio and why most others hold well-diversified portfolios.

## 8.2 THE RELATIONSHIP BETWEEN RISK AND RETURN

In Chapter 7 we looked at the returns on selected investments. The least risky investment was U.S. Treasury bills. Since the return on Treasury bills is fixed, it is unaffected by what happens to the market. In other words, Treasury bills have a beta of 0. We also considered a much riskier investment, the market portfolio of common stocks. This has average market risk: Its beta is 1.0.

Wise investors don't take risks just for fun. They are playing with real money. Therefore, they require a higher return from the market portfolio than from Treasury bills. The difference between the return on the market and the interest rate is termed the *market risk premium.* Over a period of 75 years the market risk premium $(r_m - r_f)$ has averaged about 9 percent a year.

In Figure 8.7 we have plotted the risk and expected return from Treasury bills and the market portfolio. You can see that Treasury bills have a beta of 0 and a risk

[7] Portfolio S is the point of tangency to the set of efficient portfolios. It offers the highest expected risk premium $(r - r_f)$ per unit of standard deviation $(\sigma)$.

[8] This *separation theorem* was first pointed out by J. Tobin in "Liquidity Preference as Behavior toward Risk," *Review of Economic Studies* 25 (February 1958), pp. 65–86.




**FIGURE 8.7**

The capital asset pricing model states that the expected risk premium on each investment is proportional to its beta. This means that each investment should lie on the sloping security market line connecting Treasury bills and the market portfolio.

premium of 0.[9] The market portfolio has a beta of 1.0 and a risk premium of $r_m - r_f$. This gives us two benchmarks for the expected risk premium. But what is the expected risk premium when beta is not 0 or 1?

In the mid-1960s three economists—William Sharpe, John Lintner, and Jack Treynor—produced an answer to this question.[10] Their answer is known as the **capital asset pricing model,** or **CAPM.** The model's message is both startling and simple. In a competitive market, the expected risk premium varies in direct proportion to beta. This means that in Figure 8.7 all investments must plot along the sloping line, known as the **security market line.** The expected risk premium on an investment with a beta of .5 is, therefore, *half* the expected risk premium on the market; the expected risk premium on an investment with a beta of 2.0 is *twice* the expected risk premium on the market. We can write this relationship as

$$\text{Expected risk premium on stock} = \text{beta} \times \text{expected risk premium on market}$$

$$r - r_f = \beta(r_m - r_f)$$

### Some Estimates of Expected Returns

Before we tell you where the formula comes from, let us use it to figure out what returns investors are looking for from particular stocks. To do this, we need three numbers: $\beta$, $r_f$, and $r_m - r_f$. We gave you estimates of the betas of 10 stocks in Table 7.5. In July 2001 the interest rate on Treasury bills was about 3.5 percent.

How about the market risk premium? As we pointed out in the last chapter, we can't measure $r_m - r_f$ with precision. From past evidence it appears to be about

[9] Remember that the risk premium is the difference between the investment's expected return and the risk-free rate. For Treasury bills, the difference is zero.

[10] W. F. Sharpe, "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk," *Journal of Finance* 19 (September 1964), pp. 425–442 and J. Lintner, "The Valuation of Risk Assets and the Selection of Risky Investments in Stock Portfolios and Capital Budgets," *Review of Economics and Statistics* 47 (February 1965), pp. 13–37. Treynor's article has not been published.

**TABLE 8.2**

These estimates of the returns *expected* by investors in July 2001 were based on the capital asset pricing model. We assumed 3.5 percent for the interest rate $r_f$ and 8 percent for the expected risk premium $r_m - r_f$.

| Stock | Beta (β) | Expected Return $[r_f + \beta(r_m - r_f)]$ |
|---|---|---|
| Amazon.com | 3.25 | 29.5% |
| Boeing | .56 | 8.0 |
| Coca-Cola | .74 | 9.4 |
| Dell Computer | 2.21 | 21.2 |
| Exxon Mobil | .40 | 6.7 |
| General Electric | 1.18 | 12.9 |
| General Motors | .91 | 10.8 |
| McDonald's | .68 | 8.9 |
| Pfizer | .71 | 9.2 |
| Reebok | .69 | 9.0 |

9 percent, although many economists and financial managers would forecast a lower figure. Let's use 8 percent in this example.

Table 8.2 puts these numbers together to give an estimate of the expected return on each stock. The stock with the lowest beta in our sample is Exxon Mobil. Our estimate of the expected return from Exxon Mobil is 6.7 percent. The stock with the highest beta is Amazon.com. Our estimate of its expected return is 29.5 percent, 26 percent more than the interest rate on Treasury bills.

You can also use the capital asset pricing model to find the discount rate for a new capital investment. For example, suppose that you are analyzing a proposal by Pfizer to expand its capacity. At what rate should you discount the forecast cash flows? According to Table 8.2, investors are looking for a return of 9.2 percent from businesses with the risk of Pfizer. So the cost of capital for a further investment in the same business is 9.2 percent.[11]

In practice, choosing a discount rate is seldom so easy. (After all, you can't expect to be paid a fat salary just for plugging numbers into a formula.) For example, you must learn how to adjust for the extra risk caused by company borrowing and how to estimate the discount rate for projects that do not have the same risk as the company's existing business. There are also tax issues. But these refinements can wait until later.[12]

### Review of the Capital Asset Pricing Model

Let's review the basic principles of portfolio selection:

1. Investors like high expected return and low standard deviation. Common stock portfolios that offer the highest expected return for a given standard deviation are known as *efficient portfolios.*

[11]Remember that instead of investing in plant and machinery, the firm could return the money to the shareholders. The opportunity cost of investing is the return that shareholders could expect to earn by buying financial assets. This expected return depends on the market risk of the assets.

[12]Tax issues arise because a corporation must pay tax on income from an investment in Treasury bills or other interest-paying securities. It turns out that the correct discount rate for risk-free investments is the *after-tax* Treasury bill rate. We come back to this point in Chapters 19 and 26.

Various other points on the practical use of betas and the capital asset pricing model are covered in Chapter 9.

**MANY DEBT ISSUES** are either packages of bonds and warrants or convertibles. The warrant gives its owner the right to buy other company securities. A convertible bond gives its owner the right to exchange the bond for other securities.

There is also convertible preferred stock—it is often used to finance mergers, for example. Convertible preferred gives its owner the right to exchange the preferred share for other securities.

What are these strange hybrids, and how should you value them? Why are they issued? We will answer each of these questions in turn.

## 23.1 WHAT IS A WARRANT?

A significant proportion of private placement bonds and a smaller proportion of public issues are sold with warrants. In addition, warrants are sometimes sold with issues of common or preferred stock; they are also often given to investment bankers as compensation for underwriting services or used to compensate creditors in the case of bankruptcy.[1]

In April 1995 B.J. Services, a firm servicing the oil industry, issued 4.8 million warrants as partial payment for an acquisition. Each of these warrants allowed the holder to buy one share of B.J. Services for $30 at any time before April 2000. When the warrants were issued, the shares were priced at $19, so that the price needed to rise by more than 50 percent to make it worthwhile to exercise the warrants.

Warrant holders are not entitled to vote or to receive dividends. But the exercise price of a warrant is automatically adjusted for any stock dividends or stock splits. So, when in 1998 B.J. Services split its stock 2 for 1, each warrant holder was given the right to buy two shares and the exercise price was reduced to $30 \div 2 = \$15.00$ per share. By the time that the warrants finally expired in April 2000, the share price had reached $70 and so a warrant to buy two shares was worth $2 \times (\$70 - \$15) = \$110$.

### Valuing Warrants

As a trained option spotter (having read Chapter 20), you have probably already classified the B.J. Services warrant as a five-year American call option exercisable at $15 (after adjustment for the 1998 stock split). You can depict the relationship between the value of the warrant and the value of the common stock with our standard option shorthand, as in Figure 23.1. The lower limit on the value of the warrant is the heavy line in the figure.[2] If the price of B.J. Services stock is less than $15, the lower limit on the warrant price is zero; if the price of the stock is greater than $15, the lower limit is equal to the stock price minus $15. Investors in warrants sometimes refer to this lower limit as the *theoretical* value of the warrant. It is a misleading term, because both theory and practice tell us that before the final exercise date the value of the warrant should lie *above* the lower limit, on a curve like the one shown in Figure 23.1.

[1] The term *warrant* usually refers to a long-term option issued by a company on its own stock or bonds, but investment banks and other financial institutions also issue "warrants" to buy the stock of another firm.

[2] Do you remember why this is a lower limit? What would happen if, by some accident, the warrant price was *less* than the stock price minus $15? (See Section 20.3.)

**FIGURE 23.1**

Relationship between the value of the B.J. Services warrant and stock price. The heavy line is the lower limit for warrant value. Warrant value falls to the lower limit just before the option expires. Before expiration, warrant value lies on a curve like the one shown here.




The height of this curve depends on two things. As we explained in Section 20.3, it depends on the variance of the stock returns per period ($\sigma^2$) times the number of periods before the option expires ($\sigma^2 t$). It also depends on the rate of interest ($r_f$) times the number of option periods ($t$). Of course as time runs out on a warrant, its price snuggles closer and closer to the lower bound. On the final day of its life, its price hits the lower bound.

### Two Complications: Dividends and Dilution

If the warrant has no unusual features and the stock pays no dividends, then the value of the option can be estimated from the Black–Scholes formula described in Section 21.3.

But there is a problem when warrants are issued against dividend-paying stocks. The warrant holder is not entitled to dividends. In fact the warrant holder loses every time a cash dividend is paid because the dividend reduces stock price and thus reduces the value of the warrant. It may pay to exercise the warrant before maturity in order to capture the extra income.[3]

Remember that the Black–Scholes option-valuation formula assumes that the stock pays no dividends. Thus it will not give the theoretically correct value for a warrant issued by a dividend-paying firm. However, we showed in Chapter 21 how you can use the one-step-at-a-time binomial method to value options on dividend-paying stocks.

Another complication is that exercise of the warrants increases the number of shares. Therefore, exercise means that the firm's assets and profits are spread over a larger number of shares. Firms with significant amounts of warrants or convertibles outstanding are required to report earnings on a "fully diluted" basis, which recognizes the potential increase in the number of shares.

[3]This cannot make sense unless the dividend payment is larger than the interest that could be earned on the exercise price. By *not* exercising, the warrant holder keeps the exercise price and can put this money to work.

ck price

ȝection 20.3,
e number of
f interest ($r_f$)
ı warrant, its
of its life, its

nds, then the
ı described in

paying stocks.
der loses every
ce and thus re-
ore maturity in

sumes that the
orrect value for
d in Chapter 21
lue options on

; the number of
are spread over
ants or convert-
ed" basis, which

that could be earned
rice and can put this

**TABLE 23.1**

United Glue's market value balance sheet (in $ millions).

| | | | |
|---|---|---|---|
| | Before the Issue | | |
| Existing assets | $16 | $ 4 | Existing loans |
| | | 12 | Common stock (1 million shares at $12 a share) |
| Total | $16 | $16 | Total |
| | After the Issue | | |
| Existing assets | $16 | $ 4 | Existing loans |
| New assets financed by debt and warrants | 2 | 1.5 | New loan without warrants |
| | | 5.5 | Total debt |
| | | .5 | Warrants |
| | | 12 | Common stock |
| | | 12.5 | Total equity |
| Total | $18 | $18.0 | Total |

This problem of *dilution* never arises with call options. If you buy or sell an option on the Chicago Board Options Exchange, you have no effect on the number of shares outstanding.

### Example: Valuing United Glue's Warrants

United Glue has just issued a $2 million package of debt and warrants. Here are some basic data that we can use to value the warrants:

- Number of shares outstanding ($N$): 1 million
- Current stock price ($P$): $12
- Number of warrants issued per share outstanding ($q$): .10
- Total number of warrants issued ($Nq$): 100,000
- Exercise price of warrants (EX): $10
- Time to expiration of warrants ($t$): 4 years
- Annual standard deviation of stock price changes ($\sigma$): .40
- Rate of interest ($r$): 10%
- United stock pays no dividends.

Suppose that without the warrants the debt is worth $1.5 million. Then investors must be paying $.5 million for the warrants:

$$\text{Cost of warrants} = \text{total amount of financing} - \text{value of loan without warrants}$$

$$500{,}000 = 2{,}000{,}000 - 1{,}500{,}000$$

$$\text{Each warrant costs investors } \frac{500{,}000}{100{,}000} = \$5$$

Table 23.1 shows the market value of United's assets and liabilities both before and after the issue.

Now let us take a stab at checking whether the warrants are really worth the $500,000 that investors are paying for them. Since the warrant is a call option to buy the United stock, we can use the Black–Scholes formula to value the warrant. It

turns out that a four-year call to buy United stock at $10 is worth $6.15.[4] Thus the warrant issue looks like a good deal for investors and a bad deal for United. Investors are paying $5 a share for warrants that are worth $6.15.

### How the Value of United Warrants Is Affected by Dilution

Unfortunately, our calculations for United warrants do not tell the whole story. Remember that when investors exercise a traded call or put option, there is no change in either the company's assets or the number of shares outstanding. But, if United's warrants are exercised, the number of shares outstanding will increase by $Nq$ = 100,000. Also the assets will increase by the amount of the exercise money ($Nq \times \text{EX} = 100{,}000 \times \$10 = \$1$ million). In other words, there will be dilution. We need to allow for this dilution when we value the warrants.

Let us call the value of United's equity $V$:

$$\text{Value of equity} = V = \text{value of United's total assets} - \text{value of debt}$$

If the warrants are exercised, equity value will increase by the amount of the exercise money to $V + Nq\text{EX}$. At the same time the number of shares will increase to $N + Nq$. So the share price after the warrants are exercised will be

$$\text{Share price after exercise} = \frac{V + Nq\text{EX}}{N + Nq}$$

At maturity the warrant holder can choose to let the warrants lapse or to exercise them and receive the share price less the exercise price. Thus the value of the warrants will be the share price minus the exercise price or zero, whichever is the higher. Another way to write this is

$$\begin{aligned}\text{Warrant value at maturity} &= \text{maximum (share price} - \text{exercise price, zero)}\\ &= \text{maximum}\left(\frac{V + Nq\text{EX}}{N + Nq} - \text{EX}, 0\right)\\ &= \text{maximum}\left(\frac{V/N - \text{EX}}{1 + q}, 0\right)\\ &= \frac{1}{1+q}\,\text{maximum}\left(\frac{V}{N} - \text{EX}, 0\right)\end{aligned}$$

This tells us the effect of dilution on the value of United's warrants. The warrant value is the value of $1/(1 + q)$ call options written on the stock of an alternative firm with the same total equity value $V$, *but with no outstanding warrants*. The alternative firm's stock price would be equal to $V/N$—that is, the total value of United's

[4]In Chapter 21 we saw that the Black–Scholes formula for the value of a call is

$$[N(d_1) \times P] - [N(d_2) \times \text{PV(EX)}]$$

where $d_1 = \log[P/\text{PV(EX)}]/\sigma\sqrt{t} + \sigma\sqrt{t}/2$

$d_2 = d_1 - \sigma\sqrt{t}$

$N(d_1)$ = cumulative normal probability function

Plugging the data for United into this formula gives

$d_1 = \log[12/(10/1.1^4)]/(.40 \times \sqrt{4}) + .40 \times \sqrt{4}/2 = 1.104$ and $d_2 = 1.104 - .40 \times \sqrt{4} = .304$

Appendix Table 6 shows that $N(d_1) = .865$, and $N(d_2) = .620$. Therefore, estimated warrant value = $.865 \times 12 - .620 \times (10/1.1^4) = \$6.15$.

equity ($V$) divided by the number of shares outstanding ($N$).[5] The stock price of this alternative firm is more variable than United's stock price. So when we value the call option on the alternative firm, we must remember to use the standard deviation of the changes in $V/N$.

Now we can recalculate the value of United's warrants allowing for dilution. First we find the stock price of the alternative firm:

$$\text{Current equity value of alternative firm} = V = \text{value of United's total assets} - \text{value of loans}$$
$$= 18 - 5.5 = \$12.5 \text{ million}$$
$$\text{Current share price of alternative firm} = \frac{V}{N} = \frac{12.5 \text{ million}}{1 \text{ million}} = \$12.50$$

Also, suppose the standard deviation of the share price changes of this alternative firm is $\sigma^* = .41$.[6]

The Black–Scholes formula gives a value of \$6.64 for a call option on a stock with a price of \$12.50 and a standard deviation of .41. The value of United warrants is equal to the value of $1/(1 + q)$ call options on the stock of this alternative firm. Thus warrant value is

$$\frac{1}{1+q} \times \text{value of call on alternative firm} = \frac{1}{1.1} \times 6.64 = \$6.04$$

This is a somewhat lower value than the one we computed when we ignored dilution but still a bad deal for United.

[5] The modifications to allow for dilution when valuing warrants were originally proposed in F. Black and M. Scholes, "The Pricing of Options and Corporate Liabilities," *Journal of Political Economy* 81 (May–June 1973), pp. 637–654. Our exposition follows a discussion in D. Galai and M. I. Schneller, "Pricing of Warrants and the Valuation of the Firm," *Journal of Finance* 33 (December 1978), pp. 1333–1342.

[6] How in practice could we compute $\sigma^*$? It would be easy if we could wait until the warrants had been trading for some time. In that case $\sigma^*$ could be computed from the returns on a package of *all* the company's shares and warrants. In the present case we need to value the warrants *before* they start trading. We argue as follows: The standard deviation of the *assets* before the issue is equal to the standard deviation of a package of the common stock and the existing loans. For example, suppose that the company's debt is risk-free and that the standard deviation of stock returns *before* the bond–warrant issue is 38 percent. Then we calculate the standard deviation of the initial assets as follows:

$$\begin{array}{c}\text{Standard deviation}\\ \text{of initial assets}\end{array} = \begin{array}{c}\text{proportion in}\\ \text{common stock}\end{array} \times \begin{array}{c}\text{standard deviation}\\ \text{of common stock}\end{array}$$
$$= \frac{12}{16} \times 38 = 28.5\%$$

Now suppose that the assets after the issue are equally risky. Then

$$\begin{array}{c}\text{Standard deviation}\\ \text{of assets after issue}\end{array} = \begin{array}{c}\text{proportion of equity}\\ \text{after issue}\end{array} \times \begin{array}{c}\text{standard deviation}\\ \text{of equity } (\sigma^*)\end{array}$$
$$28.5 = \frac{12.5}{18} \times \text{standard deviation of equity } (\sigma^*)$$
$$\text{Standard deviation of equity } (\sigma^*) = 41\%$$

Notice that in our example the standard deviation of the stock returns *before* the warrant issue was slightly lower than the standard deviation of the package of stock and warrants. However, the warrant holders bear proportionately more of this risk than do the stockholders; so the bond–warrant package could either increase or reduce the risk of the stock.

It may sound from all this as if you need to know the value of United warrants to compute their value. This is not so. The formula does not call for warrant value but for *V*, the value of United's equity (that is, the shares *plus* warrants). Given equity value, the formula calculates how the overall value of equity should be split up between stock and warrants. Thus, suppose that United's underwriter advises that $500,000 extra can be raised by issuing a package of bonds and warrants rather than bonds alone. Is this a fair price? You can check using the Black–Scholes formula with the adjustment for dilution.

Finally, notice that these modifications are necessary to apply the Black–Scholes formula to value a warrant. They are not needed by the warrant holder, who must decide whether to exercise at maturity. If at maturity the price of the stock exceeds the exercise price of the warrant, the warrant holder will of course exercise.

## 23.2 WHAT IS A CONVERTIBLE BOND?

The convertible bond is a close relative of the bond–warrant package. Many companies choose to issue convertible preferred as an alternative to issuing packages of preferred stock and warrants. We will concentrate on convertible bonds, but almost all our comments apply to convertible preferred issues.

In 1999 Amazon.com issued $1.25 billion of 4 3/4 percent convertible bonds due in 2009.[7] These could be converted at any time to 6.41 shares of common stock. In other words, the owner had a 10-year option to return the bond to the company and receive 6.41 shares of stock in exchange. The number of shares into which each bond can be converted is called the bond's *conversion ratio*. The conversion ratio of the Amazon bond was 6.41.

To receive 6.41 shares of Amazon stock, the owner had to surrender bonds with a face value of $1,000. This means that to receive one share, the owner had to surrender a face amount of $1,000/6.41 = $156.01. This figure is called the *conversion price*. Anybody who bought the bond at $1,000 to convert it into 6.41 shares paid the equivalent of $156.01 per share.

At the time of issue the price of Amazon stock was about $120 so the conversion price was 30 percent higher than the stock price.

Convertibles are usually protected against stock splits or stock dividends. When Amazon subsequently split its stock 2 for 1, the conversion ratio was increased to 12.82 and the conversion price dropped to $1,000/12.82 = $78.00.

### The Convertible Menagerie

Amazon's convertible issue is typical, but you may come across more complicated cases. For example, in November 2000 Tyco raised the record sum of $3.5 billion from a convertible issue. The Tyco issue was an example of a LYON (liquid yield option note). A LYON is a callable and puttable, zero-coupon convertible bond (and you can't get much more complicated than that).

[7] The Amazon issue consisted of convertible subordinated notes. The term *subordinated* indicates that the issue is a junior debt; its holders will be at the bottom of the heap of creditors in the event of default. Notes are simply unsecured bonds. Therefore there are no specific assets that have been reserved to pay off the holders in the event of default. There is more about these terms in Section 25.3.