IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY HOUSING
GROUP, INC., and KRISTEN M. BOWES,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 08-05097 WHA

**ORDER GRANTING CONTINUANCE**

     After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

     The Court **GRANTS** a continuance to **MAY 31, 2013**, in which to process the settlement offer and **SETS** a further case management conference on **JUNE 6, 2013, AT 11:00 A.M.** Please submit a joint statement at least seven days prior.

     **IT IS SO ORDERED.**

Dated: January 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE