IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY HOUSING GROUP, INC., et al.,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 08-05097 WHA

**ORDER DENYING PENDING MOTIONS**

In light of the parties' representation at the January 17 case management conference that the matter is definitively settled and requires only final administrative approval, all pending motions are **DENIED**. This order is without prejudice to renewal of the motions should the settlement not receive final approval.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE