KATHRYN KENEALLY
Assistant Attorney General

HENRY C. DARMSTADTER
JAMES E. WEAVER
ADAM D. STRAIT
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6481
Facsimile: (202) 307-0054
henry.c.darmstadter@usdoj.gov
james.e.weaver@usdoj.gov
adam.d.strait@usdoj.gov
Western.Taxcivil@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA VALLEY HOUSING GROUP, INC., and KRISTEN M. BOWES, <br><br>  Plaintiffs, <br><br>  v. <br><br> UNITED STATES OF AMERICA, <br><br>  Defendant. | Case No. 5:08-cv-5097-WHA <br><br> **STIPULATION FOR DISMISSAL** <br><br> Fed.R.Civ.P. 41(a) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs SANTA CLARA VALLEY HOUSING GROUP, INC. ("SCVHG") and KRISTEN M. BOWES ("Bowes") and Defendant UNITED STATES OF AMERICA ("United States"), by and through undersigned counsel, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, that the Complaint for Refund in the above-entitled action shall be dismissed with prejudice, the parties

/ / /

/ / /

/ / /

Case No. 5:08-cv-5097-WHA
Stipulation for Dismissal

to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

                                      HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

DATED:  Aug. 8, 2013        By:   /s/ *Sharyn M. Fisk*
                                      CHARLES P. RETTIG / Rettig@Taxlitigator.com
                                      STEVEN TOSCHER / Toscher@Taxlitigator.com
                                      SHARYN M. FISK / Fisk@Taxlitigator.com
                                      LACEY STRACHAN / Strachan@Taxlitigator.com
                                      Hochman Salkin Rettig Toscher & Perez, P.C.
                                      9150 Wilshire Boulevard, Suite 300
                                      Beverly Hills, CA 90212
                                      Phone: 310/281-3200
                                      Fax: 310/859-1430

                                      *Attorneys for SANTA CLARA VALLEY HOUSING GROUP, INC. and KRISTEN M. BOWES*


                                      UNITED STATES DEPARTMENT OF JUSTICE

                                      KATHRYN KENEALLY
                                      Assistant Attorney General

DATED: Aug. 8, 2013        By:   /s/ *Henry C. Darmstadter*
                                      HENRY C. DARMSTADTER /
                                      Henry.C.Darmstadter@usdoj.gov
                                      JAMES E. WEAVER / James.E.Weaver@usdoj.gov
                                      ADAM D. STRAIT / Adam.D.Strait@usdoj.gov
                                      Trial Attorneys, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 683, Ben Franklin Station
                                      Washington, D.C.  20044-0683
                                      Telephone: (202) 307-6481
                                      Fax: (202) 307-0054

                                      Of counsel:  MELINDA HAAG
                                      United States Attorney
                                      THOMAS NEWMAN
                                      Assistant United States Attorney

                                      *Attorneys for the UNITED STATES OF AMERICA*


                          GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: _____
                                                            JUDGE, UNITED STATES DISTRICT COURT